IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE. LTD., and AVAGO TECHNOLOGIES FIBER IP PTE. LTD., | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No._____ ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| FINISAR CORPORATION, | ) ) |
| Defendant. | ) ) ) |

**COMPLAINT**

Plaintiffs Avago Technologies General IP Pte. Ltd and Avago Technologies Fiber IP Pte. Ltd., demand a trial by jury on all issues so triable and for their complaint allege as follows:

**PARTIES**

1.      Plaintiff Avago Technologies General IP Pte. Ltd. is a Singapore Corporation having a principal place of business at 1 Yishun Avenue 7, Singapore.  Plaintiff Avago Technologies Fiber IP Pte. Ltd. is a Singapore Corporation having a principal place of business at 1 Yishun Avenue 7, Singapore (collectively "Avago").

2.      Defendant Finisar Corporation ("Finisar") is a Delaware corporation having a principal place of business at 1308 Moffett Park Drive, Sunnyvale, California, and does business in this judicial district.

## JURISDICTION

3.      This is an action seeking relief for patent infringement. The claims arise under the patent laws of the United States, Title 35 of the United States Code. Jurisdiction over the subject matter of these claims is based on 28 U.S.C. §§ 1331 and 1338(a).

4.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Finisar is a Delaware corporation and has committed acts of patent infringement during the course of its business in this District.

## THE ASSERTED PATENTS

5.      On October 25, 1994, United States Patent No. 5,359,447 ("the '447 patent") was duly and legally issued by the United States Patent and Trademark Office to Kenneth H. Hahn, Michael R.T. Tan and Shih-Yuan Wang for an invention entitled "Optical Communication with Vertical-Cavity Surface-Emitting Laser Operating in Multiple Transverse Modes." A true and correct copy of the '447 patent is attached as Exhibit A.

6.      On June 2, 1998, United States Patent No. 5,761,229 ("the '229 patent") was duly and legally issued by the United States Patent and Trademark Office to Richard R. Baldwin, Scott W. Corzine, John P. Ertel, William D. Holland, Leif Eric Larson, David M. Sears, Michael R.T. Tan, Shih-Yuan Wang, Albert Yuen and Tao Zhang for an invention entitled "Integrated Controlled Intensity Laser-Based Light Source." A true and correct copy of the '229 patent is attached as Exhibit B.

7.      Avago Technologies General IP Pte. Ltd. is the assignee and owner of the rights, title and interest in, to and under, the '447 patent. Avago Technologies Fiber IP Pte. Ltd. is the assignee and owner of the rights, title and interest in, to and under, the '229 patent.

## FINISAR'S USE OF AVAGO'S PATENTED TECHNOLOGY

8.    Finisar manufactures, imports, markets, sells or offers for sale short wavelength optoelectronic transceivers to distributors, customers and potential customers within the United States.  Upon information and belief, these short wavelength optoelectronic transceivers infringe one or more claims of the '447 and '229 patents.

9.    The short wavelength optoelectronic transceivers manufactured, imported, marketed, sold and offered for sale by Finisar are especially adapted for use in optoelectronic networks in a manner that infringes one or more claims of the '447 patent.  Finisar's short wavelength optoelectronic transceivers have no substantial use other than as a component in optoelectronic networks that infringe one or more claims of the '447 patent.

10.    On information and belief, Finisar intentionally induces it customers or potential customers to use short wavelength optoelectronic transceivers in optoelectronic networks that infringe one or more claims of the '447 patent.

## COUNT ONE

### (Infringement of U.S. Patent No. 5,359,447)

11.    Avago realleges and incorporates herein the allegations of paragraphs 1 through 10 as if fully set forth herein.

12.    On information and belief, Finisar has infringed, and continues to infringe, directly, contributorily, and/or by actively inducing others to infringe the '447 patent by making, using, offering to sell or selling within the United States, optoelectronic transceivers within the scope of one or more claims of the '447 patent, *e.g.*, at least Finisar's Short-Wavelength Multimode SFP transceivers.

13.    Finisar's infringement of the '447 patent has been and is willful and has been carried out with full knowledge of the '447 patent.

14.    Finisar's continued infringement of the '447 patent has damaged and continues to damage Avago.

15.    Finisar's infringement of the '447 patent has caused and will continue to cause Avago irreparable harm unless enjoined by this Court.

## COUNT TWO

### (Infringement of U.S. Patent No. 5,761,229)

16.    Avago realleges and incorporates herein the allegations of paragraphs 1 through 10 as if fully set forth herein.

17.    On information and belief, Finisar has infringed, and continues to infringe, directly, contributorily, and/or by actively inducing others to infringe the '229 patent by making, using, offering to sell or selling within the United States, optoelectronic transceivers within the scope of one or more claims of the '229 patent, *e.g.*, at least Finisar's Short-Wavelength Multimode SFP transceivers.

18.    Finisar's infringement of the '229 patent has been and is willful and has been carried out with full knowledge of the '229 patent.

19.    Finisar's continued infringement of the '229 patent has damaged and continues to damage Avago.

20.    Finisar's infringement of the '229 patent has caused and will continue to cause Avago irreparable harm unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Avago prays that judgment be entered in its favor, including the following relief:

a) Adjudging that Finisar has been and is infringing one or more claims of United States Patent Nos. 5,359,447 and 5,761,229;

4

b) Pursuant to 35 U.S.C. § 283, permanently enjoining Finisar and all persons in active

concert or participation with them, from any further acts of infringement, contributory

infringement, or inducement of infringement of the '447 and '229 patents;

c) Pursuant to 35 U.S.C. § 284, awarding to Avago damages adequate to compensate

Avago for Finisar's infringement, but in no event less than a reasonable royalty;

d) Pursuant to 35 U.S.C. § 284, awarding to Avago interest on the damages awarded and

its costs incurred in this action;

e) Pursuant to 35 U.S.C. § 284, trebling all damages awarded to Avago because of

Finisar's willful infringement;

f) Pursuant to 35 U.S.C. § 285, finding this is an exceptional case and awarding to

Avago its reasonable attorneys' fees incurred in this action; and

g) Awarding such other relief as this Court may deem just and proper.

YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

*Of Counsel*
Jesse J. Jenner
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Sasha G. Rao
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

Dated: February 22, 2006

US005359447A

# United States Patent [19]

## Hahn et al.

[11] **Patent Number:** 5,359,447

[45] **Date of Patent:** Oct. 25, 1994

[54] **OPTICAL COMMUNICATION WITH VERTICAL-CAVITY SURFACE-EMITTING LASER OPERATING IN MULTIPLE TRANSVERSE MODES**

[75] Inventors: **Kenneth H. Hahn,** Cupertino; **Michael R. T. Tan,** Mountain View; **Shih-Yuan Wang,** Palo Alto, all of Calif.

[73] Assignee: **Hewlett-Packard Company,** Palo Alto, Calif.

[21] Appl. No.: **83,739**

[22] Filed: **Jun. 25, 1993**

[51] Int. Cl.[5] ............................................. **H04B 10/00**
[52] U.S. Cl. .................................... **359/154;** 359/173; 372/38
[58] **Field of Search** ............... 359/154, 161, 173, 180, 359/188, 195; 372/38, 45

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,025,487 | 6/1991 | Eichen | 359/154 |
| 5,125,054 | 6/1992 | Ackley et al. | 385/49 |
| 5,140,452 | 8/1992 | Yamamoto et al. | 359/154 |
| 5,224,183 | 6/1993 | Dugan | 359/161 |
| 5,249,245 | 9/1993 | Lebby et al. | 385/89 |

### OTHER PUBLICATIONS

Banwell et al. "VCSE Laser Transmitters for Parallel Data Lines", IEEE Journal of Quantum Electronics, vol. 29, No. 2, Feb. 1993.

*Primary Examiner*—Richard E. Chilcot, Jr.
*Assistant Examiner*—Kinfe-Michael Negash

[57] **ABSTRACT**

An optical communication system using a relatively large-area vertical-cavity surface-emitting laser. The laser has an opening larger than about eight micrometers and is coupled to a multimode optical fiber. The laser is driven into multiple transverse mode operation, which includes multiple filamentation as well as operation in a single cavity.

**6 Claims, 2 Drawing Sheets**





*FIG. 1*



LIGHT OUTPUT

*FIG. 2*

5,359,447

| 1 | 2 |

# OPTICAL COMMUNICATION WITH VERTICAL-CAVITY SURFACE-EMITTING LASER OPERATING IN MULTIPLE TRANSVERSE MODES

## BACKGROUND OF THE INVENTION

The present invention relates generally to optical transmission of signals and more particularly to an optical communication network of the kind having a multi-mode optical fiber that receives a multiple mode beam of light from a vertical-cavity, surface-emitting laser being operated in multiple modes or multiple filamentation.

Optical communication systems are used to carry information from one location to another. One of the advantages of optical systems is that they have extremely wide bandwidths. This means that optical systems can carry much more information than can other kinds of communication systems such as radio or microwave. For example, nearly all long-distance telephone calls are carried by optical communication systems because a single optical fiber can carry thousands of conversations at the same time. Optical systems also offer the potential of carrying large quantities of digital data for high-speed computers more efficiently and economically than other communication systems.

Every optical communication system includes, at a minimum, three elements: a transmitter that generates a beam of light and modulates the beam with data to be transmitted, a receiver that receives the beam of light and recovers the data from it, and a medium such as an optical fiber that carries the beam of light from the transmitter to the receiver. Typically the transmitter uses a laser or a light-emitting diode ("LED") to generate the light beam. The receiver uses photodetectors or the like to receive the beam. The medium may be an optical waveguide or the like instead of an optical fiber.

Light may travel through an optical medium in single mode or multiple modes. In general, a "mode" of an electromagnetic wave can be defined as a stationary pattern of the wave. In the special case of a beam of light (which may be thought of as an electromagnetic wave in the optical portion of the spectrum), a mode is a wave pattern that does not change the shape of its transverse field distribution as it propagates through the medium.

A given optical medium may be capable of supporting many modes or only a single mode. This is determined by physical parameters such as—in the case of an optical fiber—the diameter of the fiber and the difference between the indices of refraction of the core and the cladding.

Likewise, many lasers can be caused to operate in single mode or in multiple modes. This can be done by a suitable choice of device structure and drive conditions. Multiple mode operation has generally been understood to consist of multiple modes in one laser cavity. However, studies have shown that multiple mode laser operation can occur with filamentation due to non-uniform gain or loss. This is especially true for lasers with large transverse dimensions compared with the wavelength. For convenience, the terms "multiple mode" and "multimode" as used herein to describe the operation of a laser will include both multiple modes in a single laser cavity and multiple filamentation.

Optical communication systems are subject to various kinds of losses and limitations. Among these are inter-modal dispersion, chromatic dispersion and mode selective losses. All of these have the effect of decreasing the signal-to-noise ratio, and therefore it is desirable to eliminate or minimize them as much as possible.

Intermodal dispersion becomes worse as the length of the fiber increases. Intermodal dispersion only affects multimode fibers, and therefore single mode fibers are preferred for communication over long distances. As used herein, a "long" distance means a distance that is more than a few hundred meters and a "short" distance is one that is less than a few hundred meters. Of course, it should be understood that this is an approximation; multimode fibers up to a few kilometers in length have been used successfully, but usually when the required length of the fiber exceeds a couple of hundred meters a single mode fiber will be used.

Chromatic dispersion also becomes more severe as the length of the fiber increases but, unlike intermodal dispersion, chromatic dispersion affects both single mode and multimode fibers. The adverse effects of chromatic dispersion can be minimized by using a highly coherent laser because such a laser produces a light beam of very narrow spectral width. Accordingly, highly coherent lasers have been preferred for most optical communication systems, especially for communication over long distances.

Of course, single mode optical fibers can also be used over short distances (less than a few hundred meters), for example to carry digital data from one computer to another in a local network or even to carry data between points less than a meter apart within a single computer. However, multimode optical fibers are preferred for short-distance optical communication systems because their relative ease of packaging and alignment makes them considerably less expensive than single mode fibers.

A drawback of multimode optical media has been that these media are subject to mode selective losses. A mode selective loss may be characterized as a physical condition that affects the optical characteristics of the medium. These losses may be, for example, splices in the medium, power splitters and other devices that are connected to the medium, and physical defects such as poor quality connections and misalignment of components. Although such physical conditions can be reduced by careful design and construction, in practice it is rarely possible to produce a system that is totally free of them. Therefore, all practically realizable multimode optical communication systems will be subject to at least some mode selective losses.

The actual mechanism by which physical discontinuities produce mode selective losses will now be briefly discussed. Interference between different modes in a multimode medium carrying a coherent light beam produces a speckle pattern. Ideally this speckle pattern would remain stationary, but in practice it moves about within the medium. Speckle pattern movement may be caused by physical jostling or other movement of the fiber itself (relatively slow movement) or by laser mode partitioning and the like (relatively fast movement). Movement of the speckle pattern in a system having mode selective losses results in power variations in the received signal. These variations are caused by the mode selective losses and result in a degradation of the signal-to-noise ratio. In digital systems, a degradation of the signal-to-noise ratio manifests itself as an increased bit error rate.

5,359,447

3

Mode selective losses are described in more detail in such references as Epsworth, R. E., "The Phenomenon of Modal Noise in Analogue and Digital Optical Fibre Systems", *Proceedings of the 4th European Conference on Optical Communications*, Genoa, September, 1978, pp. 5 492–501, and in Kanada, T., "Evaluation of Modal Noise in Multimode Fiber-Optic Systems", *IEEE Journal of Lightwave Technology*, 1984, LT-2, pp. 11–18.

Mode selective losses can be avoided by using a relatively low-coherence light source such as an LED or a 10 self-pulsating laser diode ("SPLD") rather than a highly coherent laser. The use of LEDs in optical communication systems is described in Soderstrom, R., et al., "Low Cost High Performance Components of Computer Optical Data Links", *Proceedings of the IEEE Laser and* 15 *Electrooptics Society Meeting*, Orlando, Fla. 1989. A disadvantage of using LEDs in optical communication systems is that the coupling efficiency between an LED and an optical fiber is very low. In addition, LEDs are inherently slow, which limits the maximum data rate. 20

SPLDs have been used in such systems as the Hewlett-Packard HOLC-0266 Mbaud Fiber Channel multimode fiber data link, manufactured by the assignee hereof; this is described in Bates, R. J. S., "Multimode Waveguide Computer Data Links with Self-Pulsating 25 Laser Diodes", *Proceedings of the International Topical Meeting on Optical Computing*, Kobe, Japan, April, 1990, pp. 89–90. The coupling efficiency between an SPLD and an optical fiber is better than that between an LED and an optical fiber, but still is not optimal. In 30 addition, the maximum data rate that can be achieved with an SPLD is limited. Neither SPLD nor LED systems have been able to achieve reliable data rates as high as 1 gigabit per second

From the foregoing it will be apparent that there 35 remains a need for a reliable and economical way to carry data at rates exceeding one gigabit per second by means of optical communication systems operating over short distances.

## SUMMARY OF THE INVENTION

The present invention provides an optical communication system that can transmit data reliably and economically by means of multimode optical media at any rate up to and exceeding one gigabit per second. 45

Briefly and in general terms, the invention is embodied in an optical communication system having a vertical-cavity, surface-emitting laser ("SEL"). A multimode optical medium such as an optical fiber is coupled to the SEL. A power supply provides a bias current that 50 drives the SEL into multiple transverse mode operation, preferably in more than two distinct modes. The SEL generates a beam of light that has a lower coherence than that provided by a single-mode laser. This beam of light is modulated with data carried by an 55 incoming signal. The SEL preferably has an aperture larger than about eight micrometers ("μm") through which the modulated light beam is emitted.

The optical medium carries the modulated beam of light from the SEL to a receiver at a remote location. 60 The receiver, which may be closer than a meter or farther away than 100 meters, recovers the data from the light beam.

Other aspects and advantages of the invention will become apparent from the following detailed descrip- 65 tion, taken in conjunction with the accompanying drawings, illustrating by way of example the principles of the invention.

4

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of a preferred embodiment of an optical communication system according to the invention; and

FIG. 2 is a cross-sectional view of a vertical-cavity, surface-emitting laser of the kind used in the communication system shown in FIG. 1.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

As shown in the drawings for purposes of illustration, the invention is embodied in a novel optical communication system having a vertical-cavity, surface-emitting laser ("SEL") driven into multiple transverse mode operation to provide a light beam that carries data reliably and efficiently over a multimode optical medium. To avoid the expense of single mode fibers for communicating over distances of less than a few hundred meters, existing optical communication systems have used multimode fibers, but such systems have been subject to unacceptably high mode selection losses or have used low-coherence light sources such as LEDs and SPLDs that have not been able to achieve sufficiently high data rates.

A communication system according to the invention uses an SEL operating in multiple transverse modes. The SEL provides a beam of light that has lower coherence than the highly-coherent light beams typically used in single mode systems but higher coherence than the low-coherence beams provided by LEDs and self-pulsating lasers. A multimode optical medium carries the beam from the SEL to a receiver which may be less than a meter away or 100 meters or more distant. The system can transmit data at any rate up to and exceeding 1.5 gigabits per second with a negligible bit error rate. The system provides all the benefits, such as easy alignment, simple packaging and low cost, usually associated with multimode optical media.

A preferred embodiment of the invention will now be discussed in more detail. As shown in FIG. 1, the invention is embodied in an optical communication network that includes an SEL 11, a power supply 13 that provides a bias current to drive the SEL into multiple transverse mode operation, and a multimode optical medium 15 optically coupled to the SEL to carry the optical signal from the SEL to a remotely-located receiver 17. The SEL is responsive to a signal carrying data (designated generally as 19) to provide an optical signal modulated with the data. The receiver 17, which is optically coupled to the optical medium 15, receives the modulated optical signal and recovers the data (designated generally as 21) therefrom.

Various kinds of multimode optical media such as optical fibers and waveguides may be used for the medium 15. The SEL 11 and the receiver 17 are coupled to the medium 15 through suitable couplings 23 and 25. As will be discussed in more detail presently, the SEL 11 is preferably driven in more than two distinct transverse modes; as noted previously, this may comprise multiple filamentation.

A preferred method of fabricating the SEL 11 is illustrated in FIG. 2. The SEL is grown on an n+GaAs (gallium arsenide) substrate 31. A bottom output mirror, for example 18.5 pairs of n-doped GaAs/AlAs (gallium arsenide/aluminum arsenide) quarter-wave layers (generally designated 33 in the drawing), is epitaxially grown on the substrate 31. The interface between the

5,359,447

5

layers is graded using an AlAs/GaAs/Al(0.3)Ga(0.7)As variable duty cycle short period superlattice ("SPSL"). The SPSL reduces any heterojunction band discontinuities at the GaAs/AlAs interface. The doping level is $1 \times 10^{18} \text{cm}^{-3}$ in uniform regions and $3 \times 10^{18} \text{cm}^{-3}$ in graded regions. For simplicity only a few of the 18.5 pairs of layers are shown in the figure. The reflectivity of the bottom mirror 33 is 98.9%.

Next an optical cavity structure 35 is grown. The cavity structure includes an n-cladding layer 37, a quantum well 39, and a p-cladding layer 41. The cladding layers 37 and 41 comprise Al(0.3)Ga(0.7)As doped to $1 \times 10^{18} \text{cm}^{-3}$, reduced to $5 \times 10^{17} \text{cm}^{-3}$ adjacent the quantum well 39. The quantum well 39 comprises 3 MQW of strained In(0.2)Ga(0.8)As (indium gallium arsenide) having a thickness of about 80 Å (Å=Angstrom), with GaAs barriers having a thickness of 100 Å.

Above the quantum well 35 is a highly-reflective top mirror 43. The reflectivity of the top mirror is greater than 99.96%. The top mirror 43 comprises, for example, 15 pairs of GaAs/AlAs quarter wave layers (generally designated 45), a phase matching layer 47, and an Au (gold) layer 49. A proton isolation region 51 surrounds the perimeter of the quarter wave layers 45. As with the bottom mirror 33, only a few of the quarter wave layers 45 are actually shown in FIG. 2. The interfaces between the quarter wave layers are graded in a manner generally similar to the grading of the interfaces in the bottom mirror 33. The doping levels are $1 \times 10^{18} \text{cm}^{-3}$ in uniform regions and $5 \times 10^{18} \text{cm}^{-3}$ in graded regions.

The phase matching layer 47, which is GaAs, compensates for phase delays that result from finite penetration of the optical field into the Au layer.

The Au layer 49 is about 2000 Å thick and is fabricated, after MBE growth of the underlying structure, as follows. First a 2000 Å layer of Au is deposited on the GaAs phase matching layer 47. Then a thick (more than 10 $\mu$m) Au button is plated on top to serve as a mask for proton isolation. The wafer is then proton implanted. Crystal structure damage that results from the proton implantation provides for current confinement and therefore gain guiding. Then another thick Au button 53 with a diameter of about 300 $\mu$m is plated on top. This button 53 is used for solder/die attachment of the completed device to a heat sink. The wafer is then lapped and polished to a diameter of 125 $\mu$m and an annular electrode 55 is patterned on the bottom. A quarter-wave anti-reflection coating 57 of SiO$_2$ (silicon dioxide) is deposited in the open region of the electrode 55.

An optical communication system embodying the principles of the invention was constructed using a relatively large-area SEL with a 25 $\mu$m opening coupled to an optical fiber. A physical discontinuity was deliberately introduced into the fiber; this discontinuity was a gap of several millimeters. The gap was adjustable to cause between 3 dB and 16 dB of loss. The length of the fiber between the SEL and the gap was 16 meters; this portion of the fiber was agitated with a shaker to simulate the effect of fiber movement. The bit error rate ("BER") was measured for gaps of various widths; the measured BERs were less than $10^{31}$ $^{11}$ for losses up to 10 dB.

In the tests described herein, a wavelength of about 970 nanometers ("nm") was used. It will be apparent that the principles of the invention are equally applicable to devices that are operated at other wavelengths,

6

and that the physical dimensions will change accordingly.

In another test the performance of the large-area SEL was compared with that of a smaller SEL having a 12 $\mu$m opening. The threshold currents were about 6.5 milliamps (mA) for the large SEL and 4.2 mA for the smaller. The threshold voltages were 2.7 and 4.5 volts, respectively. The output power at twice the threshold current was 3.6 milliwatts (mW) for the larger SEL and 2.8 mW for the smaller. The emission wavelength was about 970 nm.

The SELs were modulated with a 1 gigabit-per-second, non-return-to-zero ("NRZ") signal at a maximum of 2 volt amplitude and with a $2^{15}-1$ pseudo-random bit sequence through a bias-T. The bias levels were several times the respective threshold currents. The SELs were directly coupled into 50/125 graded index multimode fiber. The length of the fiber between the SEL and the gap was 16 meters, and the gap was adjusted for a 10 dB loss. An optical attenuator was inserted between the gap and the receiver to keep the optical power incident on the receiver at 6 dB above the receiver sensitivity.

The receiver was a Hewlett-Packard model 83442A receiver modified for multimode use with a 60 $\mu$m In-GaAs detector and a multimode FC/PC input connector. The receiver had a $-3$ dB bandwidth of 0.9 GHz. The AC-coupled receiver output was amplified to 2.0 volts before detection. The sensitivity of the receiver was $-23$ dBm for a receiver noise-limited BER of $10^{-9}$.

In this test configuration, the 25 $\mu$m SEL was operated for 16 hours without an error, resulting in a BER of less than $10^{-13}$. In other tests, the length of the fiber between the SEL and the gap (the gap was adjusted to a 10 dB loss) was varied between six and 406 meters and in every such instance the BER was less than $10^{-11}$. The 12 $\mu$m SEL was also able to achieve a BER of less than $10^{-11}$ with the gap adjusted to about a 4 dB loss.

A strongly-driven SEL with a relatively large surface area ("large surface area" means a surface opening larger than about eight $\mu$m) will operate in multiple, high-order transverse modes that are at slightly different wavelengths. As the size of the opening increases, so does the maximum number of transverse modes that can be obtained. Thus, an SEL with a 25 $\mu$m opening can be operated in significantly more transverse modes than an SEL with a 12 $\mu$m opening.

As the number of transverse modes increases, the optical bandwidth of the light produced by the laser also increases and the coherence of the light decreases. Speckle visibility measurements have shown that the speckle visibility from a large-area SEL is smaller than that of smaller SELs.

Despite operating in multiple transverse modes, the large-area SEL operates in a stable, single longitudinal mode. Longitudinal mode partition noise, which results from multiple longitudinal modes, is therefore not a significant problem with large-area SELs.

In one test, a 25 $\mu$m SEL was found to be operating in at least six distinct transverse modes at a drive current of 2.3 times the threshold current. The spectral width was $\Delta\lambda=0.75$ nm. When the drive current was reduced sufficiently to cause the laser to go into single mode operation, the spectral width was $\Delta\lambda<0.08$ nm; this measurement was limited by the resolution of the optical spectrum analyzer that was used for the test. In contrast, a 12 $\mu$m SEL was found to be operating in

5,359,447

7             8

single mode at a drive current 1.5 times the threshold and in two transverse modes at a drive current 2.5 times the threshold.

From the foregoing it will be apparent that an optical communication system according to the invention is capable of carrying digital data at rates up to and exceeding 1.5 gigabits per second with very low bit error rates. The invention also offers the advantages, such as easy alignment, simple packaging and low cost, that are associated with systems using multimode optical media. In addition, SELs are expected to be easier and less expensive to manufacture than other kinds of lasers.

Although a specific embodiment of the invention has been described and illustrated, the invention is not to be limited to the specific forms or arrangements of parts so described and illustrated, and various modifications and changes can be made without departing from the scope and spirit of the invention. Within the scope of the appended claims, therefore, the invention may be practiced otherwise than as specifically described and illustrated.

We claim:

1. An optical communication network comprising:
a vertical-cavity, surface-emitting semiconductor laser structure having an aperture larger than eight micrometers through which an optical signal may be emitted;
a power supply that provides a bias current to drive the laser into a multiple transverse mode of Operation in which the laser is responsive to a signal carrying data to provide an optical signal modulated with the data and to emit the optical signal through the aperture; and
a multimode Optical medium optically coupled to the laser to carry the optical signal from the laser to a remotely-located receiver.

2. A network as in claim **1** and further comprising a receiver, optically coupled to the optical medium, that receives the modulated optical signal and recovers the data therefrom.

3. A network as in claim **1** wherein the multiple transverse mode of operation comprises more than two distinct transverse modes.

4. A network as in claim **1** wherein the multiple transverse mode of operation comprises multiple filamentation.

5. A network as in claim **1** wherein the multi-mode optical medium comprises an optical fiber.

6. A network as in claim **1** wherein the multi-mode optical medium comprises an optical waveguide.

* * * * *

US005761229A

# United States Patent [19]

## Baldwin et al.

[11] **Patent Number:** 5,761,229

[45] **Date of Patent:** Jun. 2, 1998

[54] **INTEGRATED CONTROLLED INTENSITY LASER-BASED LIGHT SOURCE**

[75] Inventors: **Richard R. Baldwin**, Saratoga; **Scott W. Corzine**, Sunnyvale; **John P. Ertel**, Portola Valley; **William D. Holland**, Mountain View; **Leif Eric Larson**, San Jose; **David M. Sears**, Los Gatos; **Michael R. T. Tan**, Menlo Park; **Shih-Yuan Wang**, Palo Alto; **Albert Yuen**, Cupertino; **Tao Zhang**, Mountain View, all of Calif.

[73] Assignee: **Hewlett-Packard Company**, Palo Alto, Calif.

[21] Appl. No.: **591,849**

[22] Filed: **Jan. 25, 1996**

[51] Int. Cl.$^6$ ................................................ H01S 3/10
[52] U.S. Cl. .................... 372/31; 372/32; 372/36; 372/109
[58] Field of Search ................ 372/29, 92, 108, 372/109, 31, 36, 32

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,733,094  3/1988  Carpentier et al. ....................... 257/82
5,579,328  11/1996  Habel et al. ............................. 372/32

FOREIGN PATENT DOCUMENTS

60-86887  5/1985  Japan ......................................... 372/36
62-269374  11/1987  Japan ......................................... 372/43
1-256189  10/1989  Japan ......................................... 372/36

*Primary Examiner*—Jame W. Davie
*Attorney, Agent, or Firm*—Ian Hardcastle

[57] **ABSTRACT**

An integrated laser-based light source that generates an output light beam having a controlled intensity. The light source comprises a package in which are mounted a laser, a light sensor and a coupler. The laser has one and only one light-emitting face from which a light beam is radiated as a radiated light beam. The light sensor generates an electrical signal representing the intensity of light energy falling it. The coupler couples a fraction of the radiated light beam to the light sensor, and provides the remainder of the radiated light beam as the output light beam. Since the light coupled to the light sensor by the coupler is a fraction of the radiated light beam, the electrical signal generated by the light sensor also represents the intensities of the radiated light beam and of the output light beam. A suitable control circuit, when fed with the electrical signal generated by the light sensor, can control the laser current to hold the electrical signal generated by the light sensor to a predetermined value that corresponds to the output light beam having a predetermined intensity.

**10 Claims, 12 Drawing Sheets**



FIG.1

(PRIOR ART)



FIG.2A



FIG.2B



FIG.2C



FIG.2D



FIG.2E



FIG.2F



FIG.3A



FIG.3B



FIG.4C

FIG.4D

Case 1:06-cv-00115-SLR     Document 1-3     Filed 02/22/2006     Page 8 of 26



FIG.4E



FIG.4F



FIG.4G



OUTPUT
CURRENT
OF LIGHT
SENSOR
351
(uA)

OUTPUT OF LARGE-AREA LIGHT DETECTOR
MOUNTED IN OUTPUT LIGHT BEAM 119 (mA)

FIG.4H

FIG.5A

FIG.5B



FIG.6A

FIG.6B

FIG.6C



FIG.7



FIG.8A



FIG.8B

5,761,229

**1**

# INTEGRATED CONTROLLED INTENSITY LASER-BASED LIGHT SOURCE

## FIELD OF THE INVENTION

This invention relates to laser-based light sources and, in particular to laser-based light sources generating light having a controlled intensity.

## BACKGROUND OF THE INVENTION

Lasers are used as light sources in many consumer and industrial products including laser printers and optical communication links. In laser printers, the light output of the laser is modulated to selectively discharge the photo conductive drum. In optical communication links, the light output of the laser is modulated to represent the states of a digital information signal. Lasers having a modulated light output are also used to write a digital information signal on an optical disc, for example. In these and other applications, the need to modulate the light output of the laser at high speed normally precludes modulating the light output by simply switching the laser on and off. Instead, the light output of the laser is modulated between a high light condition and a low light condition, which is normally just above threshold level of the laser. However, in the following disclosure, the low-light condition will be regarded as encompassing the zero-light condition in which the laser current is reduced to below the threshold current or to zero.

When the light output of the laser is modulated between a high light condition and a low light condition, the light intensity in at least one of the two light conditions must be well defined. For example, in the laser printer application, when the low light condition is above the zero light condition, the light intensity in the low light condition must remain below the discharge threshold of the photo conductive drum. Moreover, since the size of the spot on the photo conductive drum discharged by the light beam depends on the intensity of the light beam, the intensity of the laser in the high light condition must also be defined to ensure consistent line widths. In the optical communication link application, the difference between the high light condition and the low light condition may be made relatively small to maximize the modulation rate, and hence the data transmission speed. The light intensities in both light conditions must be accurately defined to enable the two light conditions to be distinguished from one another by the receiver of the optical communication link.

The light intensity generated by a semiconductor laser for a given laser current depends primarily on the temperature of the laser. Aging is a secondary factor. The temperature of the laser depends in part on the magnitude and the duty cycle of the current through the laser, i.e., the laser current. The duty cycle of the laser depends on the digital input signal modulating the laser. For example, in a laser printer, the laser continuously generates light in the high light condition to create "area fills," and continuously generates light in the low light condition to create white areas, such as margins and borders. The thermal time constant of a typical semiconductor laser is very rapid, of the same order as the time required to print about ten pixels. Thus, if the light output of the laser increases with increasing temperature, for example, the temperature, and hence the light output, of the laser will steadily increase (with a resulting increase in print density and line width) in the course of printing an area fill. On the other hand, isolated narrow vertical lines printed in a white area will tend to be printed too faintly because of insufficient light output from the laser as a result of the laser temperature being too low.

**2**

To prevent variations in the light intensity generated by the laser from impairing the performance of the laser printer, optical communication link or other laser-based apparatus, it is desirable to employ a control system to vary the laser current to maintain the light intensity at a predetermined level in the high light condition or in the low light condition, or to maintain the light intensity at a first predetermined level in the high light condition and at a second predetermined level in the low light condition, irrespective of the temperature and the age of the laser.

FIG. 1 shows part of a known laser light source **10** generating light with a controlled intensity. In the laser light source **10**, the edge-emitting laser **12** is mounted on the post **14** projecting from the header **16**. The can **17** is attached to the header **16**, and usually forms a hermetic seal with the header. The can includes the window **19** though which the light beam **18** generated by the laser **12** is emitted. The window is normally coated with the anti-reflective layer **21** to prevent the window from reflecting part of the light beam **18** back into the laser **12**.

The edge-emitting laser **12** is formed by creating a structure in a suitable semiconductor such as gallium arsenide. The edge-emitting laser **12** emits the light beam **18** in response to a current supplied from an external power source via the conductor **30**, which passes through an electrically-isolated passage (not shown) in the header **16**, and the bonding wire **31**, which connects the conductor **30** to a metallization layer (not shown) on the laser **12**. The edge-emitting laser **12** emits the light beam **18** from a very narrow aperture about 0.1 µm wide in the cleaved edge **20**, and also emits the secondary light beam **24** from the cleaved edge **26**, opposite the cleaved edge **20**.

In applications in which the intensity of the light generated by the edge-emitting laser **12** must be controlled, the light sensor **28** is mounted on the header **16** positioned to be directly illuminated by the secondary light beam **24**. The light sensor **28** is typically a silicon, gallium arsenide, or indium gallium arsenide photo diode, the type depending on the wavelength of the light generated by the laser **12**. The electrical output of the light sensor **28** is fed to the outside of the package by the conductor **32**, which passes through an electrically-isolated passage (not shown) in the header, and the bonding wire **33**, which connects the conductor **32** to a metallization layer (not shown) on the light sensor **28**.

The conductor **32** is also connected to the control circuit **34**. The control circuit also receives a digital input signal via the input terminal **36**. The state of the digital input signal determines whether the control circuit drives the laser **12** to emit the light beam in the high light condition or in the low light condition. The control circuit **34** controls the current fed to the laser **12** via the conductors **30** and **31** to obtain a predetermined value of the electrical output of the light sensor **28** in one or both of the high light condition and the low light condition. This predetermined value of the output of the light sensor **28** corresponds to the secondary light beam **24** having a predetermined intensity in the respective light condition. Since the intensity of the secondary light beam **24** has a substantially linear relationship to that of the primary light beam **18**, the light sensor **28** monitoring the intensity of the secondary light beam **24** conveniently provides an acceptably accurate control of the intensity of the primary light beam **18**.

Recently, vertical-cavity surface-emitting lasers (VCSELs) have been introduced. Such lasers are formed in a structure of semiconductor layers deposited on a semiconductor substrate, and emit light from a port in the surface of

5,761,229

| 3 | 4 |

the structure, instead of from the very narrow region about 0.1 μm wide on the cleaved edge of the device, as in an edge-emitting laser. A VCSEL offers numerous performance advantages over an edge-emitting laser. For example, a VCSEL inherently has a smaller numeric aperture and generates a much more symmetrical light beam than an edge-emitting laser. As a result, the light from the VCSEL can be coupled into the optical system of the laser printer or optical communication link more efficiently than the light from the edge-emitting laser. The increased coupling efficiency enables the VCSEL to be run at lower power to produce a given light intensity. However, the VCSEL generally emits a single light beam instead of the two light beams emitted by the edge-emitting laser. Therefore, a VCSEL-based light source generating light with a controlled intensity cannot be made simply by substituting the VCSEL for the edge-emitting laser 12 in the arrangement shown in FIG. 1. An alternative arrangement is required to monitor the intensity of the light generated by the VCSEL.

A possible solution for this problem is described in G. Hasnian et al., *Monolithic Integration of Photodiode with Vertical Cavity Surface Emitting Laser*, 27 ELECTRONICS LETTERS 18, p. 1630 (1991). In this, a p-i-n photo diode is grown on the p-type mirror region of a top-emitting VCSEL. Although this arrangement gives a good monitoring performance, it increases the complexity of the manufacturing process because additional epitaxial layers must be deposited to provide the layers of the photo diode, and because an additional etching process is required to delineate the photo diode. Moreover, the etching process leaves the edges of the layers exposed to contamination which can compromise the reliability and accuracy of the arrangement.

U.S. patent application Ser. No. 08/332,231, assigned to the Assignee of the present application, describes some alternative arrangements for monitoring the intensity of the light generated by a VCSEL. In a first one of these, a Schottky structure is formed as a photo detector on the top surface of the layer structure in which the VCSEL is formed. This arrangement also requires that additional layers be deposited on the layer structure of the VCSEL, albeit fewer than the number of additional layers required for the p-i-n photo diode.

In a second arrangement, a photo detector is delineated adjacent the VCSEL in the layer structure in which the VCSEL is formed. Light is transmitted laterally in the layer structure between the light-generating layer of the VCSEL and the photo detector. The magnitude of the current flowing through the photo detector in response to a reverse bias applied to the photo detector (as opposed to the forward bias to which the VCSEL is subject) represents the intensity of the light in the light generating layer of the VCSEL. This arrangement provides a structurally-simple way to monitor the intensity of the light in the light-generating layer of the VCSEL, but may not provide an acceptable intensity monitoring accuracy because the relationship between the intensity of the light in the light-generating layer and the intensity of the light beam actually emitted by the VCSEL is not well defined.

## SUMMARY OF THE INVENTION

The invention provides an integrated laser-based light source that generates an output light beam having a controlled intensity. The light source comprises a package in which are mounted a laser, a light sensor and a coupler. The laser has one and only one light-emitting face from which a light beam is radiated as a radiated light beam. The light

sensor generates an electrical signal representing the intensity of light energy falling it. The coupler couples a fraction of the radiated light beam to the light sensor, and provides the remainder of the radiated light beam as the output light beam.

The package may include a post on which the light sensor is mounted with the light-receiving surface of the light sensor non-parallel to the light-emitting face of the laser. In this embodiment, the coupler includes a substrate that has beam-splitting surface that partially reflects the fraction of the radiated light beam as a reflected light beam, and that transmits the remainder of the radiated light beam as the output light beam. The substrate is positioned such that the beam splitting surface directs the reflected light beam to impinge on the light-receiving surface of the light sensor.

The package may include a header on which the laser is mounted, and in which a groove is formed. In this embodiment, the substrate is mounted with the edge between the beam-splitting surface and a second, parallel surface engaged in the groove, and with part of the second surface contacting the post.

The light sensor may be mounted with its light-receiving surface at a non-zero angle of incidence to the light coupled to the light sensor. Alternatively, the coupler may be mounted so that the light coupled to the light sensor by the coupler impinges on the light sensor at a non-zero angle of incidence. These structures prevent the light coupled by the coupler from re-entering the laser following reflection by the light sensor.

The substrate of the coupler may be made light absorbent, which attenuates the intensity of the light coupled by the coupler and re-entering the laser following reflection by the light sensor.

The coupler may be substantially cubic and may include a first pair of surfaces substantially perpendicular to a second pair of surfaces. In this embodiment, the beam-splitting surface connects one of the first pair of surfaces to one of the second pair of surfaces. The coupler is mounted with one of the first pair of surfaces perpendicular to the radiated light beam, and with the one of the second pair of surfaces contacting the light sensor. The coupler may additionally be mounted with one of the first pair of surfaces contacting the light emitting surface of the laser.

The package may include a header, and the laser and the light sensor may be mounted side-by-side on the header with the light-receiving surface substantially parallel to the light-emitting surface. In this embodiment, the coupler includes a light-redirecting surface supported by the package in a position remote from the header. The light-redirecting surface re-directs the fraction of the radiated light beam towards the light-receiving surface of the light sensor, and transmits the remainder of the radiated light beam as the output light beam.

The package may additionally include a can attached to the header, and the light-redirecting surface may operate by reflection to reflect the fraction of the radiated light beam towards the light sensor as a reflected light beam. In this embodiment, the light-redirecting surface is supported by the can at such an angle to the radiated light beam that the reflected light beam impinges on the light-receiving surface of the light sensor.

The can may include a translucent window located to transmit the output light beam, and the light source may additionally include an insert mounted in the can between the header and the translucent window. The insert supports the light-redirecting surface.

5,761,229

5

The package may include a header on which the laser is mounted with the light-emitting surface parallel to the header, and on which the light sensor is mounted with the light-receiving surface substantially parallel to the light-emitting face of the laser. In this embodiment, the coupler includes a light-redirecting surface and a reflective surface. The light-redirecting surface is located adjacent the laser and operates to redirect the fraction of the radiated light beam towards the reflective surface as a redirected light beam. The reflective surface operates to reflect the redirected light beam at least once such that the redirected light beam impinges on the light-receiving surface of the light sensor.

The light-redirecting surface and the reflective surface may be both mounted on the header with the light-redirecting surface operating by reflection.

The coupler may include a reflection control layer to determine the intensity ratio between the fraction of the radiated light beam coupled to the light sensor and the output light beam.

The coupler may include an element that determines the intensity ratio between the fraction of the radiated light beam coupled to the light sensor and the output light beam.

The light source may additionally include a control circuit that operates in response to the electrical signal generated by the light sensor to control the laser current supplied to the laser to cause the laser to generate the radiated light beam. The control circuit may additionally operate to control the laser current to limit the electrical signal generated by the light sensor to a predetermined maximum corresponding to a predetermined maximum intensity of the output light beam.

The radiated light beam generated by the laser may have a signal-to-noise ratio that depends on its intensity. The intensity at which the radiated light beam has a signal-to-noise ratio above a threshold level may be greater than a predetermined maximum intensity. In this case, the coupler may couple such a fraction of the radiated light beam to the light sensor that the output light beam has a signal-to-noise ratio greater than the threshold level and an intensity less than the predetermined maximum intensity.

The light source may be one of plural light sources constituting an array of light sources, each of which generates a light beam having a controlled intensity.

The coupler may operate by back diffracting the fraction of the radiated light beam to the light sensor, and by transmitting the remainder of the radiated light beam as the output light beam. Alternatively, the coupler may operate by transmitting the fraction of the radiated light beam to the light sensor, and by reflecting the remainder of the radiated light beam as the output light beam.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a side view of a known integrated light source generating light with a controlled intensity based on an edge-emitting laser.

FIG. 2A shows a side view of a first embodiment of an integrated laser-based light source according to the invention for generating light with a controlled intensity.

FIG. 2B shows more details of the optical arrangement of the embodiment of the integrated laser-based light source according to the invention shown in FIG. 2A.

FIGS. 2C–2E show three alternative structures for attenuating the light re-entering the laser following reflection of the reflected light beam by the light sensor in the embodiment of the integrated laser-based light source according to the invention shown in FIG. 2A.

6

FIG. 2F is a graph showing the relationship between the intensity of the light beam generated by a sample VCSEL, the intensity of the output light beam, and the output current generated by the light sensor in response to the reflected light beam at different values of the current through the VCSEL in the embodiment of the integrated laser-based light source according to the invention shown in FIG. 2A.

FIG. 3A shows a side view of a second embodiment of the integrated laser-based light source according to the invention.

FIG. 3B shows details of a variation on the embodiment of the integrated laser-based light source according to the invention shown in FIG. 3A.

FIG. 4A shows a side view of a third variation on the third embodiment of the integrated laser-based light source according to the invention.

FIG. 4B shows a side view of a fourth variation on a third embodiment of the integrated laser-based light source according to the invention.

FIG. 4C shows a cross-sectional view of a fifth variation on the third embodiment of the integrated laser-based light source according to the invention.

FIG. 4D shows a side view of a sixth variation of a third embodiment of the integrated laser-based light source according to the invention.

FIG. 4E shows a side view of a seventh variation of the third embodiment of the integrated laser-based light source according to the invention.

FIG. 4F is a graph showing the output current of the light detector plotted against the output of a large-area light detector mounted in the output light beam generated by the variation shown in FIG. 4B.

FIGS. 5A and 5B respectively show a top view and a cross sectional view of the VCSEL/light sensor assembly used in the variations shown in FIGS. 4B, 4C, and 4E.

FIG. 6A shows a side view of a fourth embodiment of the integrated laser-based light source according to the invention.

FIG. 6B shows details of the optical arrangement of the fourth embodiment of the integrated laser-based light source according to the invention.

FIG. 6C shows a top view of the fourth embodiment of the integrated laser-based light source according to the invention adapted to operate with an array of lasers.

FIG. 7 is a side view of a fifth embodiment of the integrated laser-based light source according to the invention.

FIGS. 8A and 8B respectively show a top view and a cross-sectional view of a sixth embodiment of the integrated laser-based light source according to the invention.

DETAILED DESCRIPTION OF THE INVENTION

An integrated laser-based light source according to the invention has a laser and a light sensor mounted in a common package. The laser generates a radiated light beam in response to a laser current. A coupler is also mounted in the package in a position such that it is illuminated by the radiated light beam. The coupler couples a fraction of the radiated light beam into the light sensor and also provides the remainder of the radiated light beam as the output light beam. The light sensor generates an electrical signal that represents the intensity of the fraction of the radiated light beam coupled to the light sensor by the coupler. Since the

5,761,229

7

light coupled to the light sensor by the coupler is a fraction of the radiated light beam, the electrical signal generated by the light sensor also represents the intensities of the radiated light beam and of the output light beam. A suitable control circuit, when fed with the electrical signal generated by the light sensor, can control the laser current to hold the electrical signal generated by the light sensor to a predetermined value that corresponds to the output light beam having a predetermined intensity.

In the various embodiments that will be described below, examples of couplers operating by partial reflection, back-scattering, back-diffraction, and transmission at one or more surfaces are described. Also described are arrangements in which the laser and the light sensor are mounted on a common surface, on two orthogonal surfaces, coaxially with one on top of the other, or in other arrangements relative to one another. In other examples, the laser and the light sensor are formed in a common layer structure.

References is this disclosure to "light" will be taken to encompass other forms of electromagnetic energy capable of being generated by lasers.

A first embodiment 100 of a laser-based light source that generates light with a controlled intensity will now be described with reference to FIG. 2A. In this first embodiment, which uses a slightly modified version of the package used for the edge-emitting laser described above with respect to FIG. 1, the verticalcavity surface-emitting laser (VCSEL) 101 is mounted on the header 103 of the package 105. The VCSEL 101 emits the radiated light beam 107 from the light-emitting surface 109. The light sensor 111 is mounted on the post 113, which is mounted on the header 103 adjacent the VCSEL 101. The coupler 114 is mounted in the package 105 and couples a fraction of the radiated light beam 107 generated by the VCSEL into the light sensor 111 as the reflected light beam 117, and transmits the remainder of the radiated light beam 107 as the output light beam 119.

The package 105 is completed by the can 106, which is attached to the header 103. The can is normally welded to the header 103 to form a hermetic seal. The can includes the window 108 through which the output light beam 119 exits the light source. The window is normally coated with the anti-reflective layers 110 to prevent the window from reflecting part of the output light beam 119 back into the VCSEL 101.

In this first embodiment, the plane beam splitter 115 operates as the coupler 114 and couples a fraction of the radiated light beam 107 into the light sensor 111 as the reflected light beam 117 and transmits the remainder of the radiated light beam 107 as the output light beam 119. The light sensor 111 generates an electrical signal representing the intensity of the reflected light beam 117 divided from the radiated light beam 107 by the plane beam splitter 115. Since the plane beam splitter reflects a fixed fraction of the light beam 107 as the reflected light beam 117, which it directs into the light sensor 111, and transmits the remainder of the radiated light beam 107 as the output light beam 119, the electrical signal generated by the light sensor 111 also represents the intensity of the output light beam 119 radiated by the light source 100, and is therefore suitable for controlling the intensity of the output light beam 119 generated by the VCSEL-based light source 100.

FIG. 2F shows the relationship between the intensity of the radiated light beam 107 generated by a sample VCSEL, the intensity of the output light beam 119, and the output current generated by the light sensor 111 in response to the

8

reflected light beam 117 at different values of the current through the VCSEL. It can be seen that the output current generated by the light sensor accurately tracks the intensity of the output light beam 119.

In the VCSEL-based light source 100, the VCSEL 101 is formed by delineating a conductive region in a layer structure obtained by epitaxially depositing several tens of layers (collectively indicated by the reference numeral 121) of semiconductor material on the substrate 123 to provide a light-generating layer sandwiched between two conductive mirror layers. The layer structure is described in detail in U.S. patent application Ser. No. 08/330,033, the disclosure of which is incorporated by reference, and is also described in some detail below with reference to FIGS. 8A and 8B.

The substrate 123 is mounted in electrical and physical contact with the header 103 of the package 105 using a suitable chip mounting technique, many of which are known in the art. A second electrical contact is made to the VCSEL 101 by the conductor 125 that passes through an electrically-isolated passage (not shown) in the header 103. The conductor 125 is connected to a metallization layer (not shown) on the VCSEL 101 by the bonding wire 126.

The VCSEL 101 generates the radiated light beam 107 in response to an electric current provided by the control circuit 127 and fed to the VCSEL via the conductors 125 and 126. For currents between a threshold value and a saturation value, the intensity of the light beam 107 is roughly proportional to the current (see FIG. 2F).

The light sensor 111 preferably has a conventional photo diode structure formed in silicon, gallium arsenide, indium gallium arsenide, or some other suitable material. The preferred material depends on the wavelength of the light beam 117. Other suitable light sensing elements, such as a solar cell, may alternatively be used for the light sensor 111. The light sensor is mounted on the post 113 using a suitable chip mounting technique, many of which are known in the art.

Preferably, the light sensor 111 is mounted in physical and electrical contact with the post 113, but may alternatively be electrically isolated from the post. A second electrical contact is made to the light sensor 111 by the conductor 129 which passes through an electrically-isolated passage (not shown) in the header 103. The conductor 129 is connected to a metallization layer (not shown) on the light sensor 111 by the bonding wire 130. Suitable circuitry (not shown) applies a reverse bias to the light sensor 111, and the output current from the light sensor, which depends on the intensity of the reflected light beam 117, is fed via the conductors 129 and 130 to the control circuit 127.

In response to the output current from the light sensor 111 and the digital input signal received via the input terminal 128, the control circuit 127 controls the current fed through the VCSEL 101 to that which maintains the intensity of the output light beam 119 at a predetermined level in one or both of the high light condition and in the low light condition. The circuitry of the control circuit 127 is conventional, and will not be described here. The control circuit may be mounted inside the package 105, in which case, the bonding wires 126 and 130 would be connected to the control circuit, and the conductors 125 and 129 would be used to transfer the input signal and power to the control circuit mounted on the header 103 in the package 105. The control circuit may also be integrated with the light sensor 111 or the VCSEL 101.

The light sensor 111 includes the light-receiving surface 131 through which the reflected light beam 117 derived from the radiated light beam 107 enters the light sensor. In the embodiment shown in FIG. 2A, the light sensor is mounted

5,761,229

9

on the post 113 with the light-receiving surface 131 non-parallel to the light-emitting surface 109 of the VCSEL 101.

In this first embodiment, the plane beam splitter 115 includes the substrate 116 mounted in the path of the radiated light beam 107. The substrate 116 has two parallel surfaces, the beam-splitting surface 133 and the non-reflective surface 139. The beam-splitting surface reflects a fraction of the radiated light beam 107 generated by the VCSEL 101 as the reflected light beam 117, and transmits the remainder of the radiated light beam as the output light beam 119. In a practical embodiment, a piece of an optical flat about 2 mm square and about 200 μm thick was used as the substrate. Quartz or plastic could be used as alternative materials for the plane beam splitter.

The plane beam splitter 115 is mounted on the header 103, in which the groove 135 is formed at a distance from the plane of the post 113 approximately equal to the height of the post. The plane beam splitter 115 is then mounted with the edge 137 between the non-reflecting surface 139 and the beam-splitting surface 133 engaged in the groove 135, and part of the non-reflecting surface remote from the edge 137 resting on the post 113. The actual position of the groove 135 relative to the post 113 is set such that the reflected light beam 117 from the beam-splitting surface 133 of the plane beam splitter 115 impinges on the center of the light sensor 111. The plane beam splitter 115 is retained in position by a suitable adhesive or by clips (not shown) attached to the header 103 and/or the post 113. The groove 135 may be omitted, which enables an unmodified post-type header to be used.

The optical arrangement of the light source 100 is shown in greater detail in FIG. 2B. FIG. 2B shows the VCSEL 101 mounted on the part of the header 103, the light sensor 111 mounted on part of the post 113, which is attached to the header 103 as shown in FIG. 2A, and part of the plane beam splitter 115, which couples a fraction of the radiated light beam 107 generated by the VCSEL 101 into the light sensor 111 as the reflected light beam 117, and transmits the remainder of the radiated light beam 107 as the output light beam 119.

To control transmission and reflection by the beam splitter 115, a suitable anti-reflective layer 141 is deposited the non-reflecting surface 139 of the substrate 116. The non-reflecting surface is the surface of the substrate adjacent the VCSEL 101 and the light sensor 111. Suitable materials for the anti-reflective layer and procedures for determining the thickness of the anti-reflective layer according to the wavelength of the radiated light beam 107 generated by the VCSEL 101 are known in the art, and will therefore not be described here. The anti-reflective layer 141 minimizes reflection of the radiated light beam 107 at the non-reflecting surface 139 of the plane beam splitter. As a result, the radiated light beam passes through the non-reflecting surface and the substrate 116 to the beam-splitting surface 133, where the fraction of the radiated light beam 107 is reflected as the light beam 117, and the remainder of the radiated light beam is transmitted as the output light beam 119. In the practical embodiment referred to above, the anti-reflective layer 141 was omitted.

Alternatively, the surface of the substrate 116 adjacent the VCSEL 101 and the light sensor 111 may be used as the beam-splitting surface. In this case, an anti-reflective layer may be applied to the surface of the substrate remote from the VCSEL and the light sensor to maximize transmission of the output light beam 119. However, with this alternative arrangement, light reflected back to the VCSEL 101 from the

10

light-receiving surface 131 of the light sensor cannot be attenuated by making the substrate light absorbent, as will be discussed in more detail below.

The fraction of the radiated light beam 107 reflected by the plane beam splitter 115 as the reflected light beam 117 depends on the reflectivity of the beam-splitting surface 133. The fraction of the light beam that needs to be reflected to enable the control circuit 127 to control the intensity of the output light beam without introducing noise into the output light beam depends on a trade-off between the efficiency of the device 100 (the reflected light beam 117 is diverted from the output light beam 119) and the signal-to-noise ratio of the electrical output of the light sensor 111. The intensity of the reflected light beam must be sufficiently high in relation to the sensitivity of the light sensor 111 to ensure that the output of the light sensor 111 has a signal-to-noise ratio that is sufficiently high to prevent operation of the control circuit 127 from degrading the signal-to-noise ratio of the output light beam.

In some applications, the intensity of the radiated light beam 107 and the sensitivity of the light detector 111 may both be sufficiently high for the 4% reflectivity of a glass-air boundary to provide the output signal from light sensor 111 with the desired signal-to-noise ratio. However, many common applications require the reflected light beam 117 to have an intensity in the range of 10–20% of that of the radiated light beam 107. Moreover, in applications in which the output light beam 119 has a low intensity, a reflectivity of greater than 20% may be required to provide the reflected light beam 117 with sufficient intensity. In other applications, the 4% reflectivity of the glass-air boundary may provide too much reflection. Thus, the reflection control layer 143 is deposited on the beam-splitting surface 133 of the plane beam splitter 115 to determine the reflectivity of the beam-splitting surface 133, and to set the intensity ratio between the reflected light beam 117 and the output light beam 119. Suitable materials for the reflection control layer and procedures for determining the thickness of the reflection control layer to reflect a desired fraction of the radiated light beam 107 are well known in the art, and will not be described here.

Another factor may also be used to determine the reflectivity of the beam-splitting surface 133. In some applications, the maximum intensity of the output light beam 119 must be limited for eye safety reasons. This maximum intensity may be less than the intensity at which some lasers generate the radiated light beam with a maximum signal-to-noise ratio. In these circumstances, the reflection control layer 143 can be designed to provide the beam-splitting surface 133 with a relatively high reflectivity. This enables the VCSEL 101 to be operated so that the radiated light beam 107 is generated at an intensity at which its signal-to-noise ratio is at or close to maximum. The reflectivity of the beam-splitting surface is then chosen to set the intensity of the output light beam to that which comfortably meets the safety standard. The beam-splitting surface reflects a majority of the radiated light beam towards the light sensor 111 and transmits a relatively small fraction of the radiated light beam as the output light beam. Despite its lower intensity, the output light beam has substantially the same signal-to-noise ratio as the radiated light beam because the beam-splitting surface equally attenuates both the radiated light beam and any noise in the radiated light beam. In this type of light source, the reflection control layer may provide the beam-splitting surface with a reflectivity of greater than 80% in some applications.

The intensity of the output light beam may be reduced relative to that of the radiated light beam not only by

5,761,229

11

reflection by the beam splitting surface. but also by using a light-absorbing material for the substrate **116**.

In this embodiment. and in all of the embodiments described in this disclosure. accurate control of the intensity of the light beam **119** by the control circuit **127** depends on the coupler **114** having a fixed transfer function between the radiated light beam **107** on one hand and the reflected light beam **117** and the output light beam **119** on the other hand. Since the reflectivity of the coupler's beam-splitting surface. which is a boundary such as a glass-air boundary. a quartz-air boundary. or a plastic-air boundary. or such boundaries coated with a metallized reflection-control layer. depends on the direction of polarization of the radiated light beam. it is important that the VCSEL **101** generate the radiated light beam with a defined direction of polarization to provide the coupler with a fixed transfer function. Otherwise. variations in the direction of polarization of the radiated light beam would cause the transfer function of the coupler to change. Any change in the transfer function of the coupler due to a change in the direction of polarization would cause the control circuit to change the intensity of the radiated light beam (and. hence of the output light beam) unnecessarily. VCSEL structures capable of generating the radiated light beam with a defined direction of polarization are described briefly below with reference to FIGS. 5A and 5B.

Additionally or alternatively. a series of dielectric layers may be used as the reflection-control layer on the beam-splitting surface of the coupler. The transfer function of such a beam-splitting surface is substantially independent of the direction of polarization of the radiated light beam.

The light sensor **111** has the anti-reflective layer **145** deposited on the light-receiving surface **131**. The anti-reflective layer **145** both maximizes the detection efficiency of the light sensor **111**. and minimizes the intensity of the reciprocal beam **147** reflected by the light-receiving surface of the light sensor. Although FIG. 2B shows the reciprocal beam **147** laterally offset from the light beams **117** and **107** for clarity. the reciprocal beam actually returns to the VCSEL **101** along the paths of the reflected light beam **117** and the radiated light beam **107**. Along these paths. the reciprocal beam is partially reflected by the beam-splitting surface **133** of the plane beam splitter **115**. The reciprocal beam **147** has the same wavelength as. but a different phase from. the radiated light beam **107** generated by the VCSEL **101** and therefore has the potential to impair the performance of the VCSEL. by. for example. degrading the signal-to-noise ratio of the radiated light beam **107**. Minimizing the intensity of the reciprocal beam **147** reduces its ability to impair the performance of the VCSEL **101**.

The ability of the reciprocal beam **147** to impair the performance of the VCSEL **101** can be further reduced by using light-absorbent glass for the substrate **116** of the plane beam splitter **115**. The need for such additional precautions depends on a number of factors. including the reflectivity of the light-receiving surface **131** of the light sensor **111** and of the beam-splitting surface **133** of the plane beam splitter. and the susceptibility of the VCSEL to disturbance by an external light beam.

The plane beam splitter **115** also reduces the ability of any reflection of the output light beam **119** (for example. reflection from a face of the optical fibre into which the output light beam is coupled) to impair the performance of the VCSEL **101**. The beam-splitting surface **133** of the plane beam splitter reflects a fraction of any reflection of the output light beam **119** and therefore reduces the intensity of the reflection of the output light beam **119** reaching the

12

VCSEL **101**. Using a light-absorbent glass for the substrate **116** further reduces the intensity of the reflection of the output light beam **119** reaching the VCSEL **101**.

The ability of the reciprocal beam **147** to impair performance of the VCSEL **101** can also be reduced by mounting the light sensor **111** so that the reflected light beam **117** impinges on the light-receiving surface **131** at a non-zero angle of incidence. as shown in FIGS. 2C–2E. Mounting the light sensor so that the reflected light beam **117** impinges on the light-receiving surface at a non-zero angle of incidence causes the reciprocal beam **147A** to travel back through the optical system on a path different from the paths of the light beams **107** and **117**. As a result. most of the reciprocal beam impinges upon the VCSEL **101** outside the active area **149**. which is only a few microns across. and the intensity of the reciprocal beam returning to the active area of the VCSEL after reflection by the light sensor is substantially reduced.

In the light source **100A** shown in FIG. 2C. the angle of incidence of the reflected light beam **117** on the light sensor **111** is increased by bending the post **113A** relative to the header **103** so that the part of the post on which the light sensor is mounted is not perpendicular to the header. In the embodiment **100B** shown in FIG. 2D. the angle of incidence of the reflected light beam **117** on the light sensor **111** is increased by mounting the light sensor **111** on the angled pad **151**. which. in turn. is mounted on the unmodified post **113**. In the embodiment **100C** shown in FIG. 2E. the plane beam splitter **115A** is mounted at an angle different from 45° so that the reflected light beam impinges on the light sensor **111** mounted on the unmodified post **113** at a non-zero angle of incidence.

FIGS. 2B–2E also show how the radiated light beam **107** is refracted at the surfaces **133** and **139** of the plane beam splitter **115**. As a result of this refraction. when the VCSEL **101** is mounted on the optical axis of the package **105**. the output light beam **119** is emitted from a location laterally shifted relative to the optical axis. This shift can be especially problematical when the package **105** is mounted with its physical axis on the optical axis. and the output light beam is coupled to another component also located on the optical axis. The output light beam **119** can be restored to the physical axis of the package **105** by mounting the VCSEL on the header **103** in location appropriately offset from the physical axis.

FIG. 3A shows the light source **200**. which is a second embodiment of the light source according to the invention. in which the cubic beam splitter **215** is used as the coupler **114** to couple a fraction of the radiated light beam **107** generated by the VCSEL **101** to the light sensor **111** as the reflected light beam **117** and to transmit the remainder of the radiated light beam **107** as the output light beam **119**. In FIG. 3A. the same elements as those described above with respect to FIG. 2A are indicated by the same reference number. and will not be described again here.

The radiated light beam **107** generated by the VCSEL **101** enters and leaves the cubic beam splitter **215** at a zero angle of incidence. and is therefore not refracted by the beam splitter. Accordingly. when the VCSEL is mounted on the physical axis of the package **105**. the output light beam **119** is emitted on this axis.

The reflectivity of the beam-splitting surface **253** of the cubic beam splitter **215** is controlled by a reflection control layer. which is a layer of metal or dielectric that determines the amount of the radiated light beam **107** reflected by the beam-splitting surface to generate the reflected light beam **117**. The reflectivity of the beam-splitting surface **253** is

5,761,229

13                                                    14

chosen to set the intensity ratio between the reflected light beam 117 and the output light beam 119 in the same manner as that described above with reference to FIG. 2A.

In the embodiment shown in FIG. 3A, the cubic beam splitter 215 is mounted by attaching the surface 255 to the light-receiving surface 131 of the light sensor 111. An index-matching cement is preferably used for this purpose to minimize reflection at the boundary between the beam splitter and the light sensor. The surfaces 255, 257 and 259 of the beam splitter may be coated with an anti-reflective coating (not shown) to minimize the intensity of light reflected back into the VCSEL 101.

FIG. 3B shows part of the light source 250, which is a variation on the second embodiment of the light source according to the invention. The package 105 except part of the header 103 is omitted from FIG. 3B so that the arrangement of the VCSEL 101, the light sensor 111 and the cubic beam splitter 215 can be shown in more detail. The package and the connection of the bonding wires 126 and 130 to the conductors 125 and 129 is the same as shown in FIG. 3A.

In the variation shown in FIG. 3B, the header 103 is a standard header and lacks the post 113 used in the embodiments described above. The VCSEL 101 is mounted on the header 103, as described above with reference to FIG. 2A. The surface 257 of the cubic beam splitter 215 is attached to the light-emitting surface 109 of the VCSEL 101, and the light sensor 111 is attached to the surface 255 of the beam splitter. The beam splitter is attached to the VCSEL and the light sensor is attached to the beam splitter preferably using an index-matching cement. The surfaces 255, 257, and 259 are preferably coated with an anti-reflective layer to minimize the intensity of light reflected back into the VCSEL 101. The bonding wire 261 provides an electrical connection between the back of the light sensor 111 and the header 103.

In the variations shown in FIGS. 3A and 3B, the cubic beam splitter 215 may be constructed with the surface 255 non-orthogonal to the surfaces 257 and 259 to provide a non-zero angle of incidence between the reflected light beam 217 and both the surface 255 and the light-receiving surface 231 of the light sensor 111. Alternatively, the cubic beam splitter may be constructed with the beam-splitting surface 253 at an angle of incidence different from 45° to the radiated light beam 107 to provide a non-zero angle of incidence to the surface 255 and to the light-receiving surface 131 of the light sensor 111. A non-zero angle of incidence results in any light reflected by the surface 255 or the light-receiving surface 131 impinging on the VCSEL 101 outside its active area in a manner similar to that described above with respect to FIGS. 2C–2E.

A number of variations on a third embodiment of the light source according to the invention are shown in FIGS. 4A–4G. In FIGS. 4A–4G, the same elements as those shown in FIGS. 2A and 2B are indicated using the same reference numerals. In the third embodiment, a standard (no post) header is used, the light sensor is mounted on the header, and the VCSEL is mounted adjacent the light sensor with its light emitting surface substantially parallel to the light-receiving surface of the light sensor. A surface supported by the package re-directs a fraction of the radiated light beam generated by the VCSEL back to the light sensor by reflection or by back scattering to enable the light sensor to monitor the intensity of the output light beam.

The VCSEL and the light sensor may be mounted coaxially with one another on the header, or may be mounted side-by-side on the header. When separate chips are used for the VCSEL and the light sensor, and are mounted side-by-

side, they are typically separated by between 0.2 and 1 mm. Alternatively, the VCSEL and the light sensor can be formed in a common piece of semiconductor material, in which case the separation between the elements may be less than the range set forth above. However, a separation of greater than 0.1 mm is preferable to reduce electrical and thermal crosstalk between the elements.

Electrical connections are made to the VCSEL and the light sensor in a similar manner to that described above with respect to FIG. 2A. The electrical output of the light sensor is fed to a control circuit similar to the control circuit 127 shown in FIG. 2A, but which has been omitted from the drawings of FIGS. 4A–4G to simplify these drawings. The control circuit controls the current fed to the VCSEL in the high light condition, or in the low light condition, or in both the high light condition and the low light condition, also as described above with reference to FIG. 2A.

In a first variation on the third embodiment of the light source according to the invention a VCSEL and a light sensor are mounted side-by-side on the header of a package. The can of the package is fitted with a modified window. The modified window supports an angled portion, which serves as a coupler and couples a fraction of the radiated light beam generated by the VCSEL back to the light sensor as a reflected light beam, and transmits the remainder of the radiated light beam as an output beam. The angled portion is located in the window so that it is substantially centered on the radiated light beam. The angled portion has substantially plane and parallel surfaces that are set at such an angle relative to the radiated light beam that the reflected light beam reflected by the surface impinges on the light sensor. The window including the angled portion is a molding or pressing in quartz, glass, plastic or some other suitable material. In an alternative arrangement, the modified window may be omitted, and the angled portion may be directly supported by the can.

The surface 307 of the angled portion 305 may be coated with a reflection control layer, which is a metal or dielectric layer whose reflectivity is chosen to determine the relative intensities of the reflected light beam and the output beam, as described above with reference to FIG. 2A. The reflection control layer may be omitted in applications in which the intrinsic reflectivity of the surface provides the desired intensities.

A second variation uses a standard can with a standard window. These standard parts are lower in cost than the can with the modified window used in the first variation. The can is fitted with an insert. Otherwise the structure of the second variation is the same as that of the first variation, and will not be described further.

The insert includes an angled portion, which serves as a coupler, and couples a fraction of the radiated light beam generated by the VCSEL back to the light sensor as a reflected light beam, and transmits the remainder of the radiated light beam as an output beam. The angled portion is located in the insert so that it is substantially centered on the radiated light beam. The angled portion has substantially plane and parallel surfaces that are set at such an angle relative to the radiated light beam that the reflected light beam reflected by the surface 325 impinges on the light sensor. The insert 321 may be a molding or pressing in quartz, glass, plastic or some other suitable material.

The surface of the angled portion may be coated with a reflection control layer, which is a metal or dielectric layer whose reflectivity is chosen to determine the relative intensities of the reflected light beam and the output beam as

5.761.229

## 15

described above with reference to FIG. 2A. The reflection control layer may be omitted in applications in which the intrinsic reflectivity of the surface provides the desired intensities.

The window is preferably coated with anti-reflective layers to prevent multiple reflections occurring between the window and the insert and to prevent the window from reflecting part of the output light beam back into the VCSEL.

FIG. 4A shows the light source 340, a third variation, in which the VCSEL 101 and the light sensor 111 are mounted side-by-side on the header 103 of the package 105. The can 106 of the package supports the window 341 which supports the ball lens 343. The convex surface 345 of the ball lens 343 serves as the coupler 314C, and couples a fraction of the radiated light beam 107 generated by the VCSEL 101 back to the light sensor 111 as the reflected light beam 117. and transmits the remainder of the radiated light beam 107 as the output beam 119. The radiated light beam 107 diverges slightly as it radiates from the VCSEL 101. Thus, the outer parts of the light beam impinge on the beam-splitting surface 345 of the ball lens at a non-zero angle of incidence and are reflected by the beam-splitting surface 345 at an angle to the optical axis. For example. the outer part 347 of the radiated light beam 107 is reflected by the beam-splitting surface 345 at such an angle that the reflected light beam 117 impinges on the light sensor 111.

Using the convex surface 345 of the ball lens 343 as the coupler provides a number of advantages. Only an infinitely small segment of the convex surface is disposed at a zero angle of incidence to the radiated light beam 107. Thus. the convex surface minimizes the intensity of the reciprocal light beam returned to the VCSEL 101 following reflection of the reflected light beam 117 by the light receiving surface of the light sensor 111 and the convex surface. Also. the reflected light beam 117 diverges from the convex surface. which reduces the requirements on the accuracy with which the light sensor must be positioned relative to the VCSEL.

The window 341 and ball lens 383 may be a molding or pressing in glass. quartz. plastic. or some other suitable material. The ball lens may also be made of sapphire. In an alternative arrangement, the window may be omitted. and the ball lens may be directly supported by the can 106. In another alternative. the convex surface of a spherical or parabolic lens may be substituted for the convex surface of the ball lens as the convex beam-splitting surface 345.

The beam-splitting surface 345 of the ball lens 343 may be coated with the reflection control layer 349. a metal or dielectric layer which determines the reflectivity of the surface 345. and therefore determines the relative intensities of the reflected light beam 117 and the output light beam 119. as described above with reference to FIG. 2A. The surface 346 of the ball lens opposite the beam-splitting surface is preferably coated with the anti-reflective layer 348.

In the embodiment shown in FIG. 4A. only part of the reflected light beam 117 falls on the light detector 111. The rest of the reflected light beam is absorbed or reflected by the header 103 and the VCSEL 101. In the light source 350. a fourth variation shown in FIG. 4B. the large light sensor 351 is mounted on the header 103. and the VCSEL 101 is mounted in the center of the light-receiving surface 353 of the light sensor 351 preferably centered on the optical axis. to form the VCSEL/light sensor assembly 361. The part of the light-receiving surface 353 not covered by the VCSEL 101 and the track 417 (FIG. 5A) captures most of the reflected light beam 117. and, as a result. the light sensor

## 16

generates an electrical output with a larger signal-to-noise ratio for a given intensity of the reflected light beam than the variation shown in FIG. 4A. Details of the VCSEL/light sensor assembly 361 will be described below with reference to FIGS. 5A and 5B.

The VCSEL/light sensor assembly 361 is mounted with the conductive layer 407 (FIG. 5B) on the back of the light sensor 351 in physical and electrical contact with the header 103. The electrical output of the large light sensor 351 is connected to the conductor 129 by the bonding wire 130 connected between the conductor 129 and the bonding pad 411. The electrical current for the VCSEL 101 is connected from the conductor 125 by the bonding wire 126 connected between the conductor 125 and the conductive layer 419. The electrical circuit for the VCSEL is completed by connecting one end of the bonding wire 355 to the bonding pad 415. FIG. 4B shows the other end of the bonding wire 355 connected to the header 103. Alternatively. the VCSEL circuit may be electrically isolated from the light sensor circuit by connecting the other end of the bonding wire 355 to an additional conductor (not shown. but similar to the conductors 125 and 129) passing through an insulated passage (not shown) in the header 103.

With the exceptions noted above. the light source 350 shown in FIG. 4B is similar to that described above with reference to FIG. 4A and will not be described further.

FIG. 4F is a graph showing the output current of the light sensor 351 plotted against the output of a large-area light detector mounted in the output light beam 119 generated by the embodiment shown in FIG. 4B. FIG. 4F shows a substantially linear relationship between the output of the light sensor 351 and the output of the light detector mounted in the output light beam. and indicates that the output of the light sensor 351 accurately represents the intensity of the output light beam 119.

In some applications. it is preferable not to have the ball lens 343 integral with the window 341 of the can 106. as in the embodiment shown in FIG. 4B. because accurate positioning of the components of such an arrangement is required to center the ball lens on the radiated light beam 107. FIG. 4C shows the light source 500. a fifth variation of the third embodiment of the laser-based light source according to the invention. This light source is intended primarily for use in an optical communication link. In FIG. 4C. elements similar to the elements described above with reference to FIG. 4B are indicated by the same reference numerals. and will not be described again here.

In the light source 500. the package 501 has a nose portion 502 and a body portion 504 disposed along an axis defining the optical axis. The bore 503 is formed in the nose portion concentric with the optical axis. The bore is precisely dimensioned to receive an optical fibre (not shown) in a manner that defines the lateral location of the optical fibre relative to the optical axis and that locates the end of the optical fibre at a fixed position on the optical axis.

The body portion 504 includes the cavity 507. which is accurately centered on the optical axis and is dimensioned to receive the ball lens 543. The ball lens is pressed into the cavity until it engages with the shoulder 511. This accurately defines the lateral and axial position of the ball lens on the optical axis. The passage 505 optically connects the cavity 507 to the bore 503. The cavity 507 in the body portion 504 accurately positions the ball lens 543 on the optical axis. and the cavity. together with bore 503 in the nose portion 502. define a fixed positional relationship between the optical fibre. the ball lens. and the optical axis.

5,761,229

**17**

The convex beam-splitting surface **545** of the ball lens **509** may be coated with the reflection control layer **549**, a metal or dielectric layer which determines the reflectivity of the surface **545**, and therefore determines the relative intensities of the reflected light beam **117** and the output light beam **119**, as described above with reference to FIG. 2A. The surface **546** of the ball lens opposite the beam-splitting surface is preferably coated with the anti-reflective layer **548**. A spherical or parabolic lens having a convex surface, or a gradient-index lens having a convex surface, mounted in the radiated light beam **107** with the convex surface aligned perpendicular to the optical axis, may substituted for the ball lens **509**.

The body portion **504** of the package **501** accommodates the laser/light sensor sub-assembly **513**. The laser/light sensor sub-assembly is similar to the light source shown in FIG. 4B, except that the window **108** in the can **106** is a standard window, and has plane, parallel faces disposed substantially perpendicular to the optical axis. The window **108** is preferably coated with the anti-reflective layer **110**.

The laser/light sensor sub-assembly **513** is a clearance fit in the body portion **504** of the package **501**, so that both the lateral and the axial positions of the laser/light sensor sub-assembly in the body portion can be adjusted. The laser/light sensor sub-assembly **513** is retained in position in the body portion **504** by the ring of adhesive **519**.

During assembly, prior to curing the adhesive **519**, the position of the laser/light sensor sub-assembly **513** is actively adjusted both axially and laterally relative to the optical axis to maximize the intensity of the output light beam **119**. When the position of the laser/light sensor sub-assembly is optimum, the adhesive is cured to fix the laser/light sensor sub-assembly in position in the body portion **504**. Optimizing the position of the laser/light sensor sub-assembly in the package **501** positions the VCSEL **101** on the optical axis of the package notwithstanding tolerances in the positioning of the VCSEL **101** on the light sensor **351** and in the positioning of the VCSEL/light sensor assembly **361** on the header **103**.

With the exceptions noted above, the structure of the laser/light sensor sub-assembly **513** is the same as that described above with reference to FIG. 4B, and will therefore not be described again here.

In the light source **500** shown in FIG. 4C, the radiated light beam **107** generated by the VCSEL **101** diverges from the optical axis as it propagates along the optical axis, with the result that part of the radiated light beam **107** impinges on the ball lens **543** at a non-zero angle of incidence. The ball lens **543** serves as the coupler **514**, and couples a fraction of the radiated light beam **107** generated by the VCSEL **101** back to the light sensor **351** as the reflected light beam **117**, and transmits the remainder of the radiated light beam **107** as the output light beam **119**. The reflected light beam **117** impinges on the light sensor **351**, which generates an electrical signal indicative of the intensity of the reflected light beam. In response to the electrical signal generated by the light sensor, a control circuit (not shown) similar to that described above with reference to FIG. 2A controls the current fed to the VCSEL **101** to control the intensity of the output light beam **119** in one or both of the high light condition and the low light condition.

In an alternative arrangement of the light source **500** shown in FIG. 4C, the VCSEL and the light sensor may be mounted side-by-side on the header in an arrangement similar to that arrangement shown in FIG. 4A. In another alternative, the can **106** may be omitted.

**18**

A fraction of the light beam generated by the VCSEL can also be coupled to the light sensor by back scattering, as in the sixth and seventh variations on the third embodiment shown in FIGS. 4D and 4E. In the variations shown in FIGS. 4D and 4E, the same elements as those described above with reference to FIGS. 4A and 4B are indicated by the same reference numerals, and will not be described again here.

In the light sources shown in FIGS. 4D and 4E, a standard header **103** and can **106** are used, but the window **601** of the can includes the scattering portion **603** as the coupler **614**. The coupler couples a fraction of the radiated light beam **107** generated by the VCSEL **101** back to the light sensor **111** or **351** as the scattered light **605**, and transmits the remainder of the radiated light beam **107** as the output light beam **119**. In a practical embodiment, the scattering portion **603** was formed by frosting the surface **607** of the window **601**. Light may alternatively be scattered by the window **601** by forming a weak diffraction grating (not shown) on one of the surfaces of the window or by other means. The surface of the window **601** remote from the VCSEL **101** is preferably coated with the anti-reflective layer **610**.

In the light source shown in FIG. 4D, the VCSEL **101** and the light sensor **111** are mounted side-by-side on the header **103**, as described above with reference to FIG. 4A. In the light source shown in FIG. 4E, the VCSEL **101** is mounted in the center of the large-area light sensor **351**, as described above with reference to FIG. 4B.

Either of the variations just described can be modified to use a standard windowed can, such as the windowed can shown in FIG. 4C, can be forming the scattering portion on the surface of an insert fitted into the can between the VCSEL **101** and the window of the can. The surface of the insert opposite the scattering portion would preferably be coated with an anti-reflective layer.

The VCSEL/light sensor assembly **361** used in the embodiments described above with reference to FIGS. 4B, 4C and 4E will now be described with reference to FIGS. 5A and 5B. In the large light sensor **351**, the substrate **401** is a semiconductor material, such as silicon, gallium arsenide, etc. In the preferred embodiment, the substrate is a piece of silicon about 1.5 mm square. The region **403** is formed under the light-receiving surface **353** in the substrate **401**. The region **403** has the opposite conductivity mode to that of the substrate. The insulating layer **405** is deposited on the light-receiving surface of the substrate, and the conductive layer **407** is deposited on the opposite surface of the substrate. In the preferred embodiment, the insulating layer is a layer of silicon dioxide, and the conductive layer **407** is a layer of aluminum or gold. The metallization layer **409** contacts the region **403** through holes in the insulating layer **405** and connects the region **403** to the bonding pad **411** on the surface of the insulating layer. When a reverse bias is applied between the bonding pad **411** and the conductive layer **407**, current flows in proportion to the intensity of the light falling on the light-receiving surface **353**.

The mounting pad **413** is deposited on the insulating layer **405** in the center of the light-receiving surface **353** and is connected to the bonding pad **415** by the track **417**. In the preferred embodiment, the metallization layer **409**, the mounting pad **413**, the bonding pads **411** and **415**, and the track **417** were formed in a single metallization operation.

The VCSEL **101** has the conductive layers **419** and **421** deposited on opposite faces of the substrate/mirror structure **423**. In the preferred embodiment, the substrate/mirror structure **423** is about 0.5 mm square. Further details of the substrate/mirror structure are set forth below with reference

5,761,229

**19**

to FIGS. 8A and 8B. The light generated by the VCSEL **101** exits the device through the light emission port **425** in the conductive layer **419**.

The VCSEL **101** is mounted in the center of the mounting pad **413** using a suitable chip mounting technique so that the conductive layer **421** physically and electrically contacts the mounting pad. In the preferred embodiment, a conductive epoxy adhesive was used for this purpose.

A fourth embodiment **700** of the laser-based light source according to the invention is shown in FIGS. 6A and 6B. In FIGS. 6A and 6B, elements that are the same as the elements described above with reference to FIG. 2A are indicated by the same reference number. In the fourth embodiment, the coupler **714** is a beam-splitting layer formed on the surface of the light sensor. The coupler couples the fraction of the radiated light beam to the light sensor by transmission, and reflects the remainder of the radiated light beam as the output light beam.

In the light source **700** shown in FIGS. 6A and 6B, a post-type header **103** similar to the post-type header used in the embodiment shown in FIG. 2A is used. However, in this embodiment, the VCSEL **101** is mounted on the post **113** and emits the radiated light beam **107** substantially parallel to the header **103**. The platform **701**, which includes the angled face **703**, is mounted on the header **103** with the angled face facing the VCSEL **101**. The platform is dimensioned and mounted on the header such that the radiated light beam **107** generated by the VCSEL **101** impinges on the center of the angled face **703**.

The light sensor **111** is mounted on the angled face **703** of the platform **701** in a position in which the radiated light beam **107** impinges in the center of the light-receiving surface **131**. The beam-splitting layer **705** is deposited on the surface of the light sensor **111**, and which serves as the coupler **714**. The coupler couples a fraction of the radiated light beam **107** generated by the VCSEL **101** to the light sensor **111** as the transmitted light beam **717**, and reflects the remainder of the radiated light beam **107** as the output light beam **119**, as shown in FIG. 6B. The angled face **703** is preferably set at such an angle relative to the direction of the radiated light beam **107** that the output light beam **119** reflected by the beam-splitting surface **705** radiates in a direction substantially perpendicular to the header **103**. In a practical embodiment, the angled face **703** was angled at about 45° to the radiated light beam **107**.

The output light beam **119** exits the package **105** through the window **108** in the can **106**. The window may be coated with the anti-reflective layers **110** to prevent the window from reflecting part of the output light beam back into the VCSEL **101**.

The transmitted light beam **717**, which is the fraction of the radiated light beam **107** transmitted by the beam-splitting layer **705**, impinges on the light-receiving surface **131** of the light sensor **111**. The lights sensor generates an electrical signal indicative of the intensity of the transmitted light beam **717**, in a manner similar to that described above with reference to FIG. 2A. In response to the electrical signal generated by the light sensor, a control circuit similar to that described above can control the current fed to the VCSEL **101** to define the intensity of the output light beam **119** in one or both of the high light condition and the low light condition.

The reflectivity of the beam-splitting layer **705** is chosen to provide the desired intensity ratio between the transmitted light beam **717** and the output light beam **119**. In applications in which the signal-to-noise ratio of the output light

**20**

beam **119** is increased by making the reflectivity of the beam-splitting surface relatively low, so that most of the radiated light beam **107** generated by the VCSEL **101** is not reflected as the output light beam, as described above, the light-receiving surface **131** of the light sensor may include an absorptive layer (not shown) under the beam-splitting layer **705**. The absorptive layer prevents saturation of the light sensor **111** by the transmitted light beam **717**, and prevents the intensity of the output light beam **119** from being augmented by the light-receiving surface **131** reflecting the transmitted light beam **717**.

As an alternative to the beam-splitting layer **705** deposited on the light receiving surface of the light sensor **111**, a beam splitter may be disposed between the VCSEL **101** and the light sensor **111** at a non-zero angle of incidence to the radiated light beam. A beam splitter similar to the plane beam splitter **115** shown in FIG. 2A may be used. The beam splitter transmits the fraction of the radiated light beam to the light sensor as the transmitted light beam, and reflects the remainder of the radiated light beam as the output light beam. The beam splitter may be supported by the light receiving surface of the light sensor, or may be supported by the header independently of the light sensor. In the latter case, the light sensor may be mounted with the light receiving surface generally perpendicular to the transmitted light beam.

The close coupling between the VCSEL **101** and the light sensor **111** makes this embodiment especially suitable for controlling the intensities of the VCSELs in an array of VCSELs. The embodiments shown in FIGS. 2A–2E, 3A, 3B, and 4A are also suitable for controlling the intensities of the VCSELs in an array of VCSELs. An adaptation **720** the embodiment shown in FIGS. 6A and 6B for use with an array of VCSELs is shown in FIG. 6C, which shows a two-element VCSEL array as an example. In the laser-based light source **720** shown in FIG. 6C, the VCSELs **711** and **713** are formed side-by-side in a common layer structure mounted on the post **113**. The two-VCSEL structure shown below in FIG. 8B can be used for this purpose. Alternatively, two discrete VCSELs could be mounted side-by-side on the post **113**. Separate electrical connections to the VCSELs are made by the bonding wires **715** and **716** and the conductors **719** and **721**, respectively.

Although discrete light sensors could be mounted side by-side on the angled face **703** of the platform **701**, the drawing shows the integrated light sensor array **723**. In the light sensor, light sensors normally equal in number to the number of VCSELs in the VCSEL array (two are shown as an example in FIG. 6C) are formed in a common substrate. The common beam splitting layer **705** is formed on the surface of the light sensor array. Separate electrical connections to the elements of the light sensor array are made by the bonding wires **725** and **727** and the conductors **729** and **731**, respectively. The electrical output of each light sensor in the light sensor array **723** is used in the manner described above to control the light output of the VCSEL that generates the radiated light beam impinging on the light sensor.

A fifth embodiment **800** of the laser-based light source according to the invention will now be described with reference to FIG. 7. In the fifth embodiment, the VCSEL and the light sensor are mounted side-by-side on the header with the light emitting surface of the VCSEL substantially parallel to the light-receiving surface of the light sensor, and multiple surfaces are used as the coupler to couple a fraction of the radiated light beam generated by the VCSEL to the light sensor and to provide the remainder of the radiated light beam as the output light beam. In the embodiment

5,761,229

21

shown in FIG. 7. elements corresponding to those shown in FIG. 2A are indicated by the same reference numerals, and will not be described again here.

The VCSEL 101 and the light sensor 111 are mounted side-by-side on the header 103, which is enclosed by the can 106 that includes the window 108 that preferably includes the anti-reflection layers 110. The plane beam splitter 815 and the reflector 818 constitute the coupler 814, which couples a fraction of the radiated light beam 107 generated by the VCSEL 101 into the light sensor 111 as the reflected light beam 117, and transmits the remainder of the output light beam as the output light beam 119.

The plane beam splitter 815 includes the beam-splitting surface 821 which is partly reflective and reflects the fraction of the radiated light beam 107 generated by the VCSEL 101 towards the reflecting surface 823 of the reflector 818 as the reflected light beam 117. The beam-splitting surface also transmits the remainder of the radiated light beam 107 generated by the VCSEL as the output light beam 119. The reflected light beam travels approximately parallel to the header 103 until it reaches the reflecting surface 823. The reflecting surface 823 is fully reflecting, and reflects the reflected light beam 117 received from the beam-splitting surface into the light sensor 111. In response to the reflected light beam. the light sensor generates an output current whose magnitude is determined by the intensity of the reflected light beam.

The metallization layer 829 is deposited on the reflecting surface 823 of the reflector 818 to increase the reflectivity of the reflecting surface to close to 100%.

In most applications, the reflection control layer 839 is deposited on the beam-splitting surface 821 of the plane beam splitter 815 to set the reflectivity of the beam-splitting surface to that which provides the desired intensities of the reflected light beam 117 and the output light beam 119, as described above with reference to FIG. 2A.

In a practical embodiment, two small pieces of a glass optical flat cemented to one another and to the header can be used as the plane beam splitter 815 and the reflector 818 constituting the coupler 814. The plane beam splitter and the reflector are preferably mounted orthogonally to one another but at angles slightly different from 135° and 45° relative to the header 103 to direct the reflected light beam 117 into the light sensor 111 at a non-zero angle of incidence. This prevents reflections of the reflected light beam at the light receiving surface 131 of the light sensor from returning to the VCSEL 101. The pieces of optical flat would be coated with the reflection control layer 839 and the metallization layer 829 prior to assembling the coupler.

The VCSEL 101 and the light sensor 111 could be incorporated in the same piece of semiconductor material. For example, the VCSEL and additional laser structure formed in the layer structure 803 shown in FIGS. 8A and 8B could be used.

A sixth embodiment of the invention is shown in FIGS. 8A and 8B. Like the fifth embodiment, the sixth embodiment of the light source according to the invention uses multiple surfaces to couple a fraction of the radiated light beam into the light sensor. However, in the sixth embodiment, a thin-film optical waveguide formed on the semiconductor layer structure in which both the VCSEL and the light sensor are formed is used as the coupler. This simplifies the alignment of the coupler relative to the VCSEL and the light sensor during manufacture.

The light source 900. the sixth embodiment of the laser-based light source according to the invention. is shown in

22

FIGS. 8A and 8B. FIGS. 8A and 8B respectively show a view of the exposed surface 809 of the layer structure 803 and a simplified cross section of part of the layer structure 803 adjacent the exposed surface 809. Details of the layer structure are set forth in U.S. patent application Ser. No. 08/551.302. the disclosure of which is incorporated herein by reference. The layer structure is formed on a substrate (not shown) which is mounted on the header (not shown) of a package (not shown) substantially similar to the package 105 shown in FIG. 7. The header. the package. and the connections between the elements formed in the layer structure 803 and the conductors of the package are omitted from FIGS. 8A and 8B to simplify the drawing.

The VCSEL 801 and the additional laser structure 811 are defined in the layer structure 803 by the reduced-conductivity region 865 in the layer structure, and by the electrodes 851 and 853 formed on the exposed surface 809 of the layer structure. The additional laser structure is structurally similar to the VCSEL, and is electrically isolated from the VCSEL by the reduced-conductivity region. The electrode 851 of the VCSEL bounds the light-emitting port 871 from which the VCSEL emits the radiated light beam 907. The electrode 853 of the additional laser structure bounds the light receiving port 825 through which the additional laser structure receives the light beam 917.

Typically. the additional laser structure 811 and the VCSEL 801 are physically separated from one another in the layer structure 803 by a distance of the order of 100 μm. When subject to a reverse bias opposite in polarity to the electrical potential driving the laser current through the VCSEL 801, the additional laser structure 811 operates as a light sensor.

In the light source 900 shown in FIGS. 8A and 8B. the thin-film optical waveguide 901 incorporating the weak diffraction grating 911 operates as the coupler 914 and couples a fraction of the radiated light beam 907 generated by the VCSEL 801 to the additional laser structure 811 as the light beam 917. The additional laser structure operates under reverse bias as a light sensor. The coupler 914 also transmits the remainder of the radiated light beam 907 as the output light beam 919.

In the thin-film optical waveguide 901. the first cladding layer 903 is deposited on part of the exposed surface 809 of the layer structure 803 between the VCSEL 801 and the additional laser structure 811. The core layer 905 overlays the first cladding layer and additionally overlays the light emission port 871 of the VCSEL and the light-receiving port 825 of the additional laser structure. The core layer has a higher refractive index than the first cladding layer. The part of the core layer overlaying the light emission port of the VCSEL includes the weak diffraction grating 911.

The second cladding layer 909 overlays the part of the core layer 905 overlaying the first cladding layer 903 and the light-receiving port 825 of the additional laser structure 811. The second cladding layer is preferably coated with the metallization layer 913, which prevents stray light from outside the optical waveguide 901 from entering and being detected by the additional laser structure.

To ensure a constant relationship between the intensity of the output light beam 919 and the intensity of the light beam 917 received by the light receiving port 825 of the additional laser structure 811. either the VCSEL 801 must generate the radiated light beam 807 with a fixed direction of polarization or the surfaces 915 and 921 of the optical waveguide 901 must have direction of polarization-independent reflectivities. In the embodiment shown in FIG. 8A. the light emitting

5,761,229

23

24

port **871** of the VCSEL is elliptical, which causes the VCSEL to generate the radiated light beam with a fixed direction of polarization. Making the light emitting port and/or the core region **867** elliptical or some other rotationally asymmetrical shape fixes the direction of polarization of the radiated light beam to coincide with the direction of the larger dimension of the asymmetrical shape.

The light source **900** may be simplified by omitting the second cladding layer **909**. In this case, the metallization layer **913** is preferably deposited on the core layer **905** outside the diffraction grating **911**.

Each of the layers of the thin-film optical waveguide **901** is formed by spinning a layer of a liquid plastic onto the exposed surface **809** of the layer structure **803**, baking the plastic layer, and then using a mask-and-etch process to define the shape of the layer of the optical waveguide in the plastic layer. This process is performed once for each of the layers of the optical waveguide. The plastic used for the core layer has a higher refractive index than that used for the two cladding layers. In a practical embodiment, the plastic spun onto the surface of the layer structure was a polyimide sold under the brand name Poly-guide™ by Dupont, Inc. The weak diffraction grating **911** was formed in the core layer **905** by a selective etching process.

The weak diffraction grating **911** back-diffracts the fraction of the radiated light beam **907** towards the additional laser structure **811**. The remainder of the radiated light beam **907** is not diffracted, and passes through the diffraction grating **911** as the output light beam **919**.

The light beam **917** travels from the diffraction grating **911** through the optical waveguide **901**, travelling along the core layer **905** towards the additional laser structure **811** and across the core layer towards the boundary **915** between the core layer and the first cladding layer **903**. The pitch of the weak diffraction grating **911** is designed so that the light beam **917** is diffracted at such an angle that it impinges on the boundary **915** at an angle greater than the boundary's critical angle. As a result, the light beam **917** is totally internally reflected at the boundary, and travels back across the core layer **905** until it reaches the boundary **921** of the core layer and the second cladding layer **909**, where it is again totally internally reflected. The light beam **917** travels along the optical waveguide by repeated reflection at the core/cladding boundaries **915** and **921** until it reaches the light-receiving port **825** of the additional laser structure **811**. The first cladding layer does not cover the light-receiving port **825**, so the light beam **917** enters the light-receiving port.

The light beam **917** entering the light-receiving port **825** causes an output current representing the intensity of the light beam **917** to flow through the additional laser structure **811** via the conductor schematically represented by the line **835**. In response to the output current of the additional laser structure, the control circuit **827** feeds current to the VCSEL **801** via the conductor schematically represented by the line **833**. This current causes the VCSEL to generate the radiated light beam **907** with such an intensity that the output current from the additional laser structure is maintained at a predetermined value in one or both of the high light condition and the low light condition. This corresponds to the output light beam **919** respectively having a predetermined intensity in the high light condition, or in the low light condition, or in both the high light condition and the low light condition, as described above with respect to FIG. 2A.

The control circuit **827** may include circuitry to compensate for the non-linear light intensity to output current

characteristic of the additional laser structure **811**. The control circuit may additionally include circuitry to limit the intensity of the output light beam **919** in the high light condition to a predetermined maximum intensity, corresponding to a predetermined maximum output current of the additional laser structure **811**.

An array of intensity-controlled VCSELs may be made in a common layer structure by patterning the non-conductive layer **865** and the layer in which the electrodes **851** and **853** are formed to define multiple VCSELs similar to the VCSEL **801** and multiple additional laser structures similar to the additional laser structure **811**. The layers constituting the optical waveguide **901** can then be patterned to form multiple optical waveguides, each of which couples a fraction of the radiated light beam generated by one of the VCSELs to an adjacent additional laser structure.

Although this disclosure describes illustrative embodiments of the invention in detail, it is to be understood that the invention is not limited to the precise embodiments described, and that various modifications may be practiced within the scope of the invention defined by the appended claims.

We claim:

1. An integrated laser-based light source generating an output light beam having a controlled intensity, the light source comprising:

a package including a header;

a laser having one and only one light-emitting face from which a light beam is radiated as a radiated light beam, the laser being mounted on the header with the light-emitting face substantially parallel to the header;

light sensor means for generating an electrical signal representing an intensity of light energy falling thereon, the light sensor means including a light-receiving surface and being mounted on the header with the light-receiving surface substantially parallel to the light-emitting face of the laser; and

coupling means for coupling a fraction of the radiated light beam to the light sensor means, and for providing a remainder of the radiated light beam as the output light beam, the coupling means being mounted in the package, together with the laser and the light sensor means, and including a reflective light-redirecting surface and a reflective surface mounted on the header, the light-redirecting surface being located adjacent the laser and being oriented to redirect the fraction of the radiated light beam towards the reflective surface as a redirected light beam, the reflective surface being oriented to reflect the redirected light beam at least once such that the redirected light beam impinges on the light-receiving surface of the light sensor means.

2. The light source of claim **1**, additionally including feedback reducing means for reducing an intensity of light returning to the laser following reflection by the light sensor means.

3. The light source of claim **2**, wherein the feedback reducing means includes means for causing the fraction of the radiated light beam coupled to the light sensor means to impinge upon the light sensor means at a non-zero angle of incidence.

4. The light source of claim **1**, wherein:

the laser generates the radiated light beam in response to a laser current; and

the light source additionally includes control means, operating in response to the electrical signal generated by the light sensor means, for controlling the laser current.

5,761,229

25

**5.** The light source of claim 4, wherein the control means is additionally for controlling the laser current to limit the electrical signal generated by the light sensor means to a predetermined maximum corresponding to a predetermined maximum intensity of the output light beam.

**6.** The light source of claim 1, wherein the coupling means includes coupling control means for determining an intensity ratio between the fraction of the radiated light beam coupled to the light sensor means and the output light beam.

**7.** The light source of claim 1, wherein the light source is one of plural light sources constituting an array of light sources, each of the light sources generating a light beam having a controlled intensity.

**8.** An integrated laser-based light source generating an output light beam having a controlled intensity, the light source comprising:

a package;

a laser having one and only one light-emitting face from which a light beam is radiated as a radiated light beam, the radiated light beam having an intensity and a signal-to-noise ratio, the signal-to-noise ratio being dependent on the intensity, the intensity at which the laser generates the radiated light beam with a signal-to-noise ratio above a threshold level being greater than a predetermined maximum intensity;

26

light sensor means for generating an electrical signal representing an intensity of light energy falling thereon; and

coupling means for coupling a fraction of the radiated light beam to the light sensor means, and for providing a remainder of the radiated light beam as the output light beam, the coupling means being mounted in the package, together with the laser and the light sensor means, the coupling means coupling such a fraction of the radiated light beam to the light sensor means that the output light beam has a signal-to-noise ratio greater than the threshold level and an intensity less than the predetermined maximum intensity.

**9.** The light source of claim 8, additionally including feedback reducing means for reducing an intensity of light returning to the laser following reflection by the light sensor means.

**10.** The light source of claim 9, wherein:

the light sensor means includes a light-receiving surface; and

the feedback reducing means includes means for causing the fraction of the radiated light beam coupled to the light sensor means to impinge upon the light sensor means at a non-zero angle of incidence.

* * * * *

®JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Avago Technologies General IP Pte. Ltd., and
Avago Technologies Fiber IP Pte. Ltd.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

See attachment

## DEFENDANTS

Finisar Corporation

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | | | Under Equal Access |
| | Employment | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | | | ☐ 950 Constitutionality of |
| | Other | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | |

Under TORTS, PERSONAL INJURY second column:
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Under CIVIL RIGHTS **PRISONER PETITIONS**:
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 271
Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE  Robinson  DOCKET NUMBER  C.A. 05-653 (SLR)

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## ATTACHMENT TO CIVIL COVER SHEET

Plaintiffs Attorney's (Firm Name, Address, and Telephone Number)

      Josy W. Ingersoll (#1088)
      John W. Shaw (#3362)
      YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      1000 West Street, 17th Floor
      Wilmington, DE 19899-0391
      (302) 571-6600
      jshaw@ycst.com

Of Counsel
      Jesse J. Jenner
      ROPES & GRAY LLP
      1251 Avenue of the Americas
      New York, NY 10020
      (212) 596-9000

      Sasha G. Rao
      ROPES & GRAY LLP
      525 University Avenue
      Palo Alto, CA 94301
      (650) 617-4000