IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE. LTD., and AVAGO TECHNOLOGIES FIBER IP PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FINISAR CORPORATION, <br><br> Defendant. | Civil Action No. 06-115-SLR |

## NOTICE OF DISMISSAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that plaintiffs, Avago Technologies General IP Pte. Ltd. and Avago Technologies Fiber IP Pte. Ltd., through their counsel, dismiss the complaint in this action without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 2, 2006

YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP

_/s/ John W. Shaw_
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

*Of Counsel*
Jesse J. Jenner
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Sasha G. Rao
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000