AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>06-115 | DATE FILED<br>2/22/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Avago Technologies General IP Pte Ltd. et al | | DEFENDANT<br>Finisar Corporation |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,359,447 | 10/25/94 | Hewlett-Packard Company |
| 2 | 5,761,229 | 06/02/1998 | Hewlett-Packard Company |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled ease, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled ease, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Plaintiffs filed a Notice of voluntary dismissal, case closed 3/7/06. Copy of ntc. attached.

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>R. DiMeo 3/7/06 | DATE<br>2/22/06 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE. LTD., and AVAGO TECHNOLOGIES FIBER IP PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION,<br><br>Defendant. | Civil Action No. 06-115-SLR |

### NOTICE OF DISMISSAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that plaintiffs, Avago Technologies General IP Pte. Ltd. and Avago Technologies Fiber IP Pte. Ltd., through their counsel, dismiss the complaint in this action without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 2, 2006

YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

*Of Counsel*
Jesse J. Jenner
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Sasha G. Rao
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000